## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **MISSISSIPPI CENTER FOR**
                **ADVANCED MEDICINE, P.C.**     **CHAPTER 11**
                **Debtor**     **CASE NO. 23-00962-JAW**

### SMALL BUSINESS DOCUMENTS COVER SHEET

COMES NOW Mississippi Center for Advanced Medicine, P.C. (the "Debtor"), and files this its *Small Business Documents Cover Sheet*, and in support thereof, would respectfully show as follows, to-wit:

1. The Debtor attaches, incorporates by reference and marks as **Exhibit "A"** its most recent Statement of Assets, Liabilities & Equity as of March 31, 2023.

2. The Debtor attaches, incorporates by reference and marks as **Exhibit "B"** its most recent Statement of Revenues & Expenses as of March 31, 2023.

3. The Debtor attaches, incorporates by reference and marks as collective **Exhibit "C"** its most recent Statement of Cash Flows for March 2023 and for January - March, 2023.

4. A copy of the Debtor's 2021 tax return will be filed with the Clerk of the Court.

5. The filing of the above referenced documents fulfills the "small business requirements" of 11 U.S.C. § 1116.

THIS, the 28th day of April, 2023.

Respectfully submitted,

MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\MS Center for Advanced Medicine\Pleadings\Small Business Docs Cover Sheet 4-26-23.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Christopher J. Steiskal, Esq.
Office of United States Trustee
christopher.j.steiskal@usdoj.gov

THIS, the 28th day of April, 2023.

_____
Craig M. Geno

# Mississippi Center for Advanced Medicine
## Statement of Assets, Liabilities & Equity
### As of March 31, 2023

| | |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
|   Bank Accounts | |
|     1005 Bank Plus Primary - 1154 | 931,766.44 |
|     1010 Bank Plus Pharmacy Collections- 4434 | 1,000.00 |
|     1015 Bank Plus Medical Collections - 5471 | 1,000.00 |
|     1019 Bank Plus Flex Savings - 1361 | 23,173.72 |
|     1040 Petty Cash | 1,300.00 |
|     1071 Bill.com Money In Clearing | (9,208.45) |
|   Total Bank Accounts | 949,031.71 |
| **Total Current Assets** | 949,031.71 |
| **Fixed Assets** | |
|   1200 Office Furniture & Equipment | 187,966.07 |
|   1210 Medical Equipment | 1,278,453.21 |
|   1220 Computer Equipment | 239,452.08 |
|   1230 Accumulated Depreciation | (1,939,367.28) |
|   1240 Leasehold Improvements | 236,198.63 |
|   1260 Research Equipment | 26,069.38 |
| **Total Fixed Assets** | 28,772.09 |
| **TOTAL ASSETS** | **977,803.80** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
|   Current Liabilities | |
|     Credit Cards | |
|       1600 American Express 1009 | 12,587.14 |
|     Total Credit Cards | 12,587.14 |
|     Other Current Liabilities | |
|       3305 Payroll Liabilities | |
|         3330 MS Income Tax | 32,745.44 |
|         Dependent Care FSA | 13,241.96 |
|         LA Income Tax | 2,775.03 |
|         MDES Garnishment | 570.84 |
|         Medical Expense FSA | 6,667.78 |
|       Total 3305 Payroll Liabilities | 56,001.05 |
|       401K Company Match | - |
|     Total Other Current Liabilities | 56,001.05 |
|   **Total Current Liabilities** | 68,588.19 |
|   Long-Term Liabilities | |
|     3502 Bank Plus-Line of Credit | 300,000.00 |
|     Notes Payable - Comm Bank of MS | 37,280.25 |
|     Notes Payable-Comm Bank (2 Tables) | 11,978.65 |
|     Notes Payable-Comm Bank Ultrasound Machine | 80,450.50 |

See Accountant's Compilation Report
Income Tax Basis

**EXHIBIT "A"**

## Mississippi Center for Advanced Medicine
## Statement of Assets, Liabilities & Equity
### As of March 31, 2023

| | |
|---|---:|
| Notes Payable-Comm Bank- 1 Venue Go Ultrasound | 23,125.90 |
| Notes Payable-Comm Bank- 5 Voluson E8 Ultrasounds | 321,763.61 |
| **Total Long-Term Liabilities** | **774,598.91** |
| **Total Liabilities** | **843,187.10** |
| Equity | |
|   4900 Retained Earnings | (1,147,158.36) |
|   4920 Owner's Capital | 411,479.91 |
|   Net Income | 870,295.15 |
| **Total Equity** | **134,616.70** |
| **TOTAL LIABILITIES AND EQUITY** | **977,803.80** |

See Accountant's Compilation Report
Income Tax Basis

## Mississippi Center for Advanced Medicine
## Statement of Revenues & Expenses
### March 2023

|  | Mar 2023 | % of Income | Jan - Mar, 2023 (YTD) | % of Income |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| 5005 Collections - Medical | 2,051,457.05 | 0.35 | 6,450,794.87 | 0.39 |
| 5015 Collections - Pharmacy | 3,624,706.82 | 0.62 | 9,239,034.71 | 0.56 |
| 5020 Research Income | | - | | - |
|   5023 Research Income - C0371003 | 53,603.85 | 0.01 | 53,603.85 | 0.00 |
|   5028 Research Income - C0371002 | 583.93 | 0.00 | 1,167.86 | 0.00 |
|   5032 Research Income - ATHN 16 | | - | 3,000.00 | 0.00 |
|   5036 Research Income - ATHN 10 | | - | 100.00 | 0.00 |
|   5041 Research Income - IQVIA RM-493-035 | | - | 15,000.00 | 0.00 |
|   5044 Research Income - Novo Nordisk NN7533-4470 | 5,254.11 | 0.00 | 5,254.11 | 0.00 |
|   5046 Research Income - Agios AG3485-C-020 | 13,000.00 | 0.00 | 13,000.00 | 0.00 |
|   5047 Research Income - Pfizer C0371017 | 1,500.00 | 0.00 | 12,331.95 | 0.00 |
|   5048 Research Income - BioMarin 331-201 | | - | 15,000.00 | 0.00 |
|   5049 Research Income - Novo Nordisk 7415-4807 | | - | 10,000.00 | 0.00 |
| Total 5020 Research Income | 73,941.89 | 0.01 | 128,457.77 | 0.01 |
| 5070 Other Income | 141,500.33 | 0.02 | 607,483.50 | 0.04 |
| Patient Refunds | (460.81) | (0.00) | (23,819.11) | (0.00) |
| Rent Income | | - | 2,000.00 | 0.00 |
| Unapplied Cash Payment Income | | - | | - |
| **Total Income** | **5,891,145.28** | **1.00** | **16,403,951.74** | **1.00** |
| **Cost of Goods Sold** | | | | |
| 7000 Pharmacy Shipping | 6,985.58 | 0.00 | 16,691.99 | 0.00 |
| 7005 Drug Supplies-Medical | 2,538,371.34 | 0.43 | 4,224,047.25 | 0.26 |
| 7015 Drug Supplies-Pharmacy | 1,923,578.64 | 0.33 | 6,615,973.33 | 0.40 |
| **Total Cost of Goods Sold** | **4,468,935.56** | **0.76** | **10,856,712.57** | **0.66** |
| **Gross Profit** | **1,422,209.72** | **0.24** | **5,547,239.17** | **0.34** |
| **Expenses** | | | | |
| 6000 Bank Charges - Credit Card Processing | 2,208.72 | 0.00 | 7,433.77 | 0.00 |
| 6001 Bank Charges - Other | 147.00 | 0.00 | 282.00 | 0.00 |
| 6008 Charitable Contributions | 10,000.00 | 0.00 | 10,000.00 | 0.00 |
| 6010 Computer Equipment Expense | 14,783.12 | 0.00 | 42,736.87 | 0.00 |
| 6011 Conferences & Seminars | 5,394.64 | 0.00 | 8,043.48 | 0.00 |
| 6012 Dues & subscriptions | 1,126.25 | 0.00 | 4,867.11 | 0.00 |
| 6013 Depreciation Expense | 8,032.68 | 0.00 | 129,453.92 | 0.01 |
| 6015 Entertainment - Meals | 66.37 | 0.00 | 5,417.33 | 0.00 |
| 6018 Insurance - Disability | (2,069.26) | (0.00) | 1,999.46 | 0.00 |
| 6019 Insurance - General and Property Liability | (2,941.63) | (0.00) | 747.59 | 0.00 |
| 6020 Insurance - Health | 50,930.70 | 0.01 | 152,579.96 | 0.01 |
| 6021 Insurance - Professional Liability | 750.00 | 0.00 | 1,000.00 | 0.00 |
| 6022 Insurance - Vision | (332.68) | (0.00) | 1,366.74 | 0.00 |
| 6023 Interest Expense | 3,047.68 | 0.00 | 9,247.04 | 0.00 |
| 6024 Licenses - Medical | 17,196.13 | 0.00 | 19,923.87 | 0.00 |
| 6025 Licenses - Software | 16,724.11 | 0.00 | 41,777.63 | 0.00 |
| 6026 Long Term Disability | (5,408.64) | (0.00) | (5,403.33) | (0.00) |
| 6027 Medical Equipment Expense | 4,000.00 | 0.00 | 4,080.13 | 0.00 |
| 6028 Medical Supplies | 20,780.53 | 0.00 | 84,605.61 | 0.01 |
| 6031 Office Cleaning | 5,325.31 | 0.00 | 16,247.01 | 0.00 |
| 6032 Office Furniture & Equipment Expense | 1,177.13 | 0.00 | 13,061.63 | 0.00 |
| 6033 Office Shipping, Freight & Delivery | 1,706.82 | 0.00 | 2,935.31 | 0.00 |
| 6035 Office Supplies | 5,359.87 | 0.00 | 19,263.06 | 0.00 |
| 6039 Other Fees | 1,862.33 | 0.00 | 11,620.68 | 0.00 |
| 6043 Outreach Gas | 1,410.27 | 0.00 | 4,931.56 | 0.00 |
| 6045 Payroll Expenses | | - | | - |

See Accountant's Compilation Report
Income Tax Basis

**EXHIBIT "B"**

## Mississippi Center for Advanced Medicine
## Statement of Revenues & Expenses
### March 2023

| | Mar 2023 | % of Income | Jan - Mar, 2023 (YTD) | % of Income |
|---|---:|---:|---:|---:|
| 6080 Taxes | 63,771.57 | 0.01 | 191,277.54 | 0.01 |
| 6095 Wages | 858,377.79 | 0.15 | 2,560,388.18 | 0.16 |
| 7052 Grant Expense - Payroll Exp - ATHC/CDC | 1,360.00 | 0.00 | 1,360.00 | 0.00 |
| Company Contributions | | - | | - |
|   Retirement | 29,308.14 | 0.00 | 87,630.09 | 0.01 |
|   Total Company Contributions | 29,308.14 | 0.00 | 87,630.09 | 0.01 |
| Total 6045 Payroll Expenses | 952,817.50 | 0.16 | 2,840,655.81 | 0.17 |
| 6051 Professional Fees - Accounting | 22,961.03 | 0.00 | 22,961.03 | 0.00 |
| 6053 Professional Fees - Legal | 366,388.97 | 0.06 | 560,874.32 | 0.03 |
| 6054 Professional Fees - Medical | 4,101.79 | 0.00 | 16,464.10 | 0.00 |
| 6055 Professional Fees - IT | 9,256.85 | 0.00 | 13,546.41 | 0.00 |
| 6056 Professional Fees - Pharmacy | 2,631.52 | 0.00 | 6,768.56 | 0.00 |
| 6062 Promotional - Marketing | 3,074.85 | 0.00 | 12,784.02 | 0.00 |
| 6063 Promotional - Recruiting Expense | 10,188.64 | 0.00 | 28,154.29 | 0.00 |
| 6064 Rent - Equipment | 18,207.49 | 0.00 | 43,699.09 | 0.00 |
| 6065 Rent - Space | 83,996.37 | 0.01 | 294,078.80 | 0.02 |
| 6066 Repairs & Maintenance | 816.00 | 0.00 | 1,111.26 | 0.00 |
| 6075 Taxes - Other | 3,986.56 | 0.00 | 3,986.56 | 0.00 |
| 6092 Utilities - Telephone and Internet | 6,734.13 | 0.00 | 26,282.33 | 0.00 |
| 6093 Utilities - Electricity | 6,363.24 | 0.00 | 15,008.13 | 0.00 |
| 6097 Waste | 902.36 | 0.00 | 2,709.91 | 0.00 |
| 8020 Research Expense | 100.00 | 0.00 | 100.00 | 0.00 |
|   8023 Research Expense - C0371003 | 321.35 | 0.00 | 561.80 | 0.00 |
|   8026 Research Expense - SPK-8011-8016-LTFU | | - | | - |
|   8028 Research Expense - C0371002 | 255.93 | 0.00 | 255.93 | 0.00 |
|   8038 Research Expense - IQVIA RM-493-034 | | - | 205.16 | 0.00 |
|   8043 Research Expense - GBT440-4R2 | | - | 60.00 | 0.00 |
|   8044 Research Expense - Novo Nordisk NN7533-4470 | | - | 100.00 | 0.00 |
|   8048 Research Expense - BioMarin 331-201 | | - | 650.00 | 0.00 |
| Total 8020 Research Expense | 677.28 | 0.00 | 1,932.89 | 0.00 |
| Advertising | 6,409.00 | 0.00 | 29,116.47 | 0.00 |
| Consulting Fees | 1,260.50 | 0.00 | 8,735.50 | 0.00 |
| Continuing Education | 1,335.80 | 0.00 | 6,110.30 | 0.00 |
| Contract Labor | 43,422.95 | 0.01 | 133,576.63 | 0.01 |
| Professional Fees - Other | 2,128.93 | 0.00 | 3,691.30 | 0.00 |
| Reimbursements | | - | | - |
| Repair & Maintenance | 1,682.75 | 0.00 | 7,183.17 | 0.00 |
| Training | 780.00 | 0.00 | 1,034.40 | 0.00 |
| Travel | 1,309.02 | 0.00 | 8,260.31 | 0.00 |
| Unapplied Cash Bill Payment Expense | | - | | - |
| **Total Expenses** | 1,712,710.98 | 0.29 | 4,676,944.02 | 0.29 |
| **Net Operating Income** | (290,501.26) | (0.05) | 870,295.15 | 0.05 |
| **Net Income** | (290,501.26) | (0.05) | 870,295.15 | 0.05 |

See Accountant's Compilation Report
Income Tax Basis

# Mississippi Center for Advanced Medicine

## Statement of Cash Flows
### March 2023

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 1,316,744.26 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   Accounts Receivable (A/R) | 57,838.35 |
|   Repayment:Employee Advance | 0.00 |
|   1210 Medical Equipment | -614.82 |
|   1230 Accumulated Depreciation | 8,032.68 |
|   1500 Accounts Payable (A/P) | -1,672,501.73 |
|   1600 American Express 1009 | -16,211.07 |
|   3300 Direct Deposit Payable | 0.00 |
|   3310 Payroll Liabilities:Federal Taxes (941/944) | 0.00 |
|   3320 Payroll Liabilities:Federal Unemployment (940) | 0.00 |
|   3330 Payroll Liabilities:MS Income Tax | 284.00 |
|   3340 Payroll Liabilities:MS Unemployment Tax | 0.00 |
|   Payroll Liabilities:401(k) | 0.00 |
|   Payroll Liabilities:Advanced Recovery Systems Inc | 0.00 |
|   Payroll Liabilities:Dental Insurance (pre-tax) | 0.00 |
|   Payroll Liabilities:Dependen Care FSA | 0.00 |
|   Payroll Liabilities:Dependent Care FSA | 1,200.46 |
|   Payroll Liabilities:FL Unemployment Tax | 0.00 |
|   Payroll Liabilities:Jacket Purchase | 0.00 |
|   Payroll Liabilities:LA Income Tax | 6.54 |
|   Payroll Liabilities:LA Unemployment Tax | 0.00 |
|   Payroll Liabilities:LTD | 0.00 |
|   Payroll Liabilities:MDES Garnishment | 570.84 |
|   Payroll Liabilities:Medical Expense FSA | -4,709.64 |
|   Payroll Liabilities:Medical Insurance (pre-tax) | 0.00 |
|   Payroll Liabilities:Short Term Disability | 0.00 |
|   Payroll Liabilities:Vision Insurance (pre-tax) | 0.00 |
|   Payroll Liabilities:Voluntary Life-Child | 0.00 |
|   Payroll Liabilities:Voluntary Life-Employee | 0.00 |
|   Payroll Liabilities:Voluntary Life-Spouse | 0.00 |
|   Payroll Liabilities:Wage Garnishments | 0.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-1,626,104.39** |
| **Net cash provided by operating activities** | **$ -309,360.13** |
| **FINANCING ACTIVITIES** | |
|   Notes Payable - Comm Bank of MS | -2,051.69 |
|   Notes Payable-Comm Bank (2 Tables) | -276.98 |
|   Notes Payable-Comm Bank Ultrasound Machine | -1,725.05 |
|   Notes Payable-Comm Bank- 1 Venue Go Ultrasound | -837.83 |
|   Notes Payable-Comm Bank- 5 Voluson E8 Ultrasounds | -7,030.66 |
|   4920 Owner's Capital | -16,715.09 |
| **Net cash provided by financing activities** | **$ -28,637.30** |

Wednesday, April 26, 2023 12:57 PM GMT-05:00        EXHIBIT "C"        1/2

# Mississippi Center for Advanced Medicine

## Statement of Cash Flows
### March 2023

|  | TOTAL |
|---|---:|
| NET CASH INCREASE FOR PERIOD | **$ -337,997.43** |
| Cash at beginning of period | 1,287,029.14 |
| CASH AT END OF PERIOD | **$949,031.71** |

# Mississippi Center for Advanced Medicine

## Statement of Cash Flows
January - March, 2023

| | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -106,361.26 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | 283,695.38 |
| Repayment:Employee Advance | 0.00 |
| 1210 Medical Equipment | -106,406.39 |
| 1230 Accumulated Depreciation | 129,453.92 |
| 1500 Accounts Payable (A/P) | 674,284.52 |
| 1600 American Express 1009 | -40,655.28 |
| 3300 Direct Deposit Payable | 0.00 |
| 3310 Payroll Liabilities:Federal Taxes (941/944) | 0.00 |
| 3320 Payroll Liabilities:Federal Unemployment (940) | 0.00 |
| 3330 Payroll Liabilities:MS Income Tax | -16,736.00 |
| 3340 Payroll Liabilities:MS Unemployment Tax | 0.00 |
| Payroll Liabilities:401(k) | -34,854.88 |
| Payroll Liabilities:Advanced Recovery Systems Inc | -463.70 |
| Payroll Liabilities:Dental Insurance (pre-tax) | 0.00 |
| Payroll Liabilities:Dependen Care FSA | 0.00 |
| Payroll Liabilities:Dependent Care FSA | -1,826.22 |
| Payroll Liabilities:FL Unemployment Tax | 0.00 |
| Payroll Liabilities:Jacket Purchase | 0.00 |
| Payroll Liabilities:LA Income Tax | -1,249.08 |
| Payroll Liabilities:LA Unemployment Tax | 0.00 |
| Payroll Liabilities:LTD | 0.00 |
| Payroll Liabilities:MDES Garnishment | -286.19 |
| Payroll Liabilities:Medical Expense FSA | -8,773.71 |
| Payroll Liabilities:Medical Insurance (pre-tax) | 0.00 |
| Payroll Liabilities:Short Term Disability | -1,995.00 |
| Payroll Liabilities:Vision Insurance (pre-tax) | 0.00 |
| Payroll Liabilities:Voluntary Life-Child | -35.60 |
| Payroll Liabilities:Voluntary Life-Employee | -2,175.17 |
| Payroll Liabilities:Voluntary Life-Spouse | -165.25 |
| Payroll Liabilities:Wage Garnishments | 0.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **871,811.35** |
| **Net cash provided by operating activities** | **$765,450.09** |
| **FINANCING ACTIVITIES** | |
| Notes Payable - Comm Bank of MS | -4,103.38 |
| Notes Payable-Comm Bank (2 Tables) | -830.94 |
| Notes Payable-Comm Bank Ultrasound Machine | 80,450.50 |
| Notes Payable-Comm Bank- 1 Venue Go Ultrasound | -2,513.49 |
| Notes Payable-Comm Bank- 5 Voluson E8 Ultrasounds | -21,091.98 |
| 4920 Owner's Capital | -50,145.27 |
| **Net cash provided by financing activities** | **$1,765.44** |

# Mississippi Center for Advanced Medicine

## Statement of Cash Flows
January - March, 2023

|  | TOTAL |
|---|---:|
| NET CASH INCREASE FOR PERIOD | **$767,215.53** |
| Cash at beginning of period | 181,816.18 |
| CASH AT END OF PERIOD | **$949,031.71** |