___



**SO ORDERED,**

**Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 31, 2024**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.,**     **CASE NO. 23-00962-JAW**

**DEBTOR.**     **CHAPTER 11**

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE THIRD AMENDED SUBCHAPTER V PLAN; PLAN OF LIQUIDATION AND FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON <u>CONFIRMATION OF THE PLAN</u>**

A Third Amended Plan; Plan of Liquidation under Subchapter V (the "Plan") (Dkt. #798) having been filed by the Debtor on October 31, 2024.

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A. December 3, 2024 is fixed as the last day for filing written acceptances or rejections of the Plan.

B. Within 5 days after the entry of this order, the Debtor's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The Plan filed October 31, 2024;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the Debtor's attorney and not the Court.** The Debtor's attorney shall be served as follows: Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Pkwy, Ridgeland, MS 39157.

C. After completion of the above mailing, the Debtor's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

D. December 18, 2024 at 10:00 a.m., in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, is fixed for the hearing on the confirmation of the Plan.

E.  December 3, 2024 is fixed as the last day for filing and serving written objections to confirmation of the Plan.  Attorneys and Registered Users of the Electronic Case Filing (ECF) System should file any response using ECF.  Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 E Court St., Ste 2.300, Jackson, MS 39201.  If you file a response, you or your attorney are required to attend the hearing.  The hearing will be electronically recorded by the court.

##END OF ORDER##