

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **MISSISSIPPI CENTER FOR ADVANCED**    **CASE NO. 23-00962-JAW**
    **MEDICINE, P.C.,**

    **DEBTOR.**    **CHAPTER 11**

## ORDER RESETTING HEARING

This matter came on this date on the First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Brunini, Grantham, Grower & Hewes, PLLC filed by the Debtor (the "Application") (Dkt. #964) and the United States Trustee's Objection (the "Objection") (Dkt. #986). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 15, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Application and Objection hereby is continued and reset for May 13, 2025, at 1:30 PM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693