United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-00962-JAW
Mississippi Center for Advanced Medicine  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Apr 14, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mississippi Center for Advanced Medicine, P.C., c/o Heller Draper & Horn, LLC, Greta M. Brouphy, Liquidation Trustee, 650 Poydras St. Ste. 2500, New Orleans, LA 70130-6175 |
| sp | + | Brunini, Grantham, Grower & Hewes, PLLC, The Pinnacle Building, 190 E. Capitol Street, Suite 100, Jackson, MS 39201-2151 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Lee Smith | on behalf of Creditor Mississippi Baptist Medical Center Inc. asmith@bakerdonelson.com |
| Burton S Weston | on behalf of Creditor The Alliance Pharmacy bweston@garfunkelwild.com |
| Christopher H Meredith | on behalf of Creditor BankPlus cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov jen.kirk@usdoj.gov;cara.pardue@usdoj.gov |
| Christopher R. Maddux | on behalf of Creditor The University of Mississippi Medical Center chris.maddux@butlersnow.com vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Apr 14, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Craig M. Geno
on behalf of Defendant Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
on behalf of Debtor Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Douglas C. Noble
on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates dnoble@mmqnlaw.com, hbreland@mmqnlaw.com

Douglas C. Noble
on behalf of Creditor McKesson Corporation dnoble@mmqnlaw.com hbreland@mmqnlaw.com

Douglas Scott Draper
on behalf of Liquidator Greta Brouphy ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas Scott Draper
on behalf of Trustee Greta Manning Brouphy ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Elizabeth Charlene Priester
on behalf of Special Counsel Priester Law Firm PLLC ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com

Eric Todd Presnell
on behalf of Debtor Mississippi Center for Advanced Medicine P.C. tpresnell@bradley.com, rboswell@bradley.com

Greta Manning Brouphy
gbrouphytrusteesdms@hellerdraper.com LA55@ecfcbis.com

Greta Manning Brouphy
on behalf of Trustee Greta Manning Brouphy gbrouphytrusteesdms@hellerdraper.com LA55@ecfcbis.com

Greta Manning Brouphy
on behalf of Debtor Mississippi Center for Advanced Medicine P.C. gbrouphytrusteesdms@hellerdraper.com, LA55@ecfcbis.com

J. Walter Newman, IV
on behalf of Creditor Positudes Inc. d/b/a The Alliance Pharmacy wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV
on behalf of Creditor The Alliance Pharmacy wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

James E. Bailey, III
on behalf of Creditor The University of Mississippi Medical Center jeb.bailey@butlersnow.com

James E. Bailey, III
on behalf of Plaintiff University of Mississippi Medical Center jeb.bailey@butlersnow.com

Jeff D. Rawlings
on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Jeff D. Rawlings
on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Jeffrey Garfinkle
on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates , dcyrankowski@buchalter.com;docket@buchalter.com

John S. Simpson
on behalf of Creditor Hemophilia of Georgia Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Khaled Tarazi
on behalf of Creditor McKesson Corporation ktarazi@buchalter.com

Khaled Tarazi
on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates ktarazi@buchalter.com

Melvin Priester, Jr
on behalf of Debtor Mississippi Center for Advanced Medicine P.C. mpriester@priesterlawfirm.com

Nathan Simpson
on behalf of Creditor Hemophilia of Georgia Inc. rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 14, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Robert V Greenlee
    on behalf of Plaintiff University of Mississippi Medical Center robert.greenlee@butlersnow.com ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com

Robert V Greenlee
    on behalf of Creditor The University of Mississippi Medical Center robert.greenlee@butlersnow.com ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com

Sean R. Guy
    on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates sguy@mmqlaw.com, hbreland@mmqnlaw.com

Sheldon G. Alston
    on behalf of Special Counsel Brunini  Grantham, Grower & Hewes, PLLC salston@brunini.com, jdorsey@brunini.com

Thomas Carl Rollins, Jr
    on behalf of Trustee Greta Manning Brouphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas M Hewitt
    on behalf of Creditor The University of Mississippi Medical Center thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

Thomas M Hewitt
    on behalf of Plaintiff University of Mississippi Medical Center thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

Thomas R. Hudson
    on behalf of Creditor BankPlus tomhudson@bankplus.net  bankruptcyteam@bankplus.net

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 39

_____

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MISSISSIPPI CENTER FOR ADVANCED      CASE NO. 23-00962-JAW
MEDICINE, P.C.,

    DEBTOR.                                                                                    CHAPTER 11

## ORDER RESETTING HEARING

This matter came on this date on the First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Brunini, Grantham, Grower & Hewes, PLLC filed by the Debtor (the "Application") (Dkt. #964) and the United States Trustee's Objection (the "Objection") (Dkt. #986). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 15, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Application and Objection hereby is continued and reset for May 13, 2025, at 1:30 PM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693