IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      MISSISSIPPI CENTER FOR
            ADVANCED MEDICINE, P.C.      CASE NO.   23-00962-JAW

            DEBTOR                        CHAPTER   11

## NOTICE OF PUBLICATION

You are hereby notified that attached hereto as **Exhibit A** is the affidavits of publication pursuant to the *Order* [ECF Doc. 999] on the *Motion Approving Patient Notice and Destruction Procedures and Related Relief Regarding Patient Records* [ECF Doc. 956].

SO NOTICED, this 21st day of April 2025.

Respectfully submitted,

*/s/ Douglas S. Draper*
**Douglas S. Draper,** LA Bar No. 5073
ddraper@hellerdraper.com
**Leslie A. Collins**, LA Bar No. 14891
lcollins@hellerdraper.com
**Greta M. Brouphy**, LA Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, LA Bar No. 36542
mlandis@hellerdraper.com
**Heller Draper & Horn, L.L.C.**
650 Poydras St. Ste. 2500
New Orleans, LA  70130
Telephone: 504.299.3300
Fax: 504.299.3399
***Counsel for Greta M. Brouphy***
***Liquidating Trustee for MCAM Liquidation Trust***

{00383355-2}

1

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, hereby certify that I caused on April 21, 2025, the above and foregoing to be served to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- **Sheldon G. Alston**   salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey**   jeb.bailey@butlersnow.com
- **Greta Manning Brouphy**   gbrouphytrusteesdms@hellerdraper.com, LA55@ecfcbis.com
- **Jeffrey Garfinkle**   jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle**   , dcyrankowski@buchalter.com;docket@buchalter.com;mhaag@buchalter.com
- **Craig M. Geno**   cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com
- **Robert V Greenlee**   robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy**   sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt**   thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson**   tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux**   chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith**   cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman**   wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble**   dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell**   tpresnell@bradley.com, rransom@bradley.com
- **Elizabeth Charlene Priester**   ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- **Melvin Priester**   mpriester@priesterlawfirm.com
- **Jeff D. Rawlings**   Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **John S. Simpson**   jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson**   rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith**   asmith@bakerdonelson.com
- **Christopher J. Steiskal**   christopher.j.steiskal@usdoj.gov, jen.kirk@usdoj.gov;cara.pardue@usdoj.gov
- **Khaled Tarazi**   ktarazi@buchalter.com
- **United States Trustee**   USTPRegion05.JA.ECF@usdoj.gov
- **Burton S Weston**   bweston@garfunkelwild.com

*/s/Douglas S. Draper*
Douglas S. Draper