# EXHIBIT A



**LocaliQ**
Mississippi
GANNETT

PO Box 632030 Cincinnati, OH 45263-2030

## AFFIDAVIT OF PUBLICATION

Heller Draper & Horn LLC
650 Poydras St Ste 2500
New Orleans LA 70130

STATE OF WISCONSIN, COUNTY OF BROWN

Before the undersigned authority personally appeared, who on oath says that he/she is a Legal Advertising Representative of The Clarion-Ledger, a newspaper as defined and prescribed in Sections 13-3-31 and 13-3-32, of the Mississippi Code of 1972, as amended, who, being duly sworn, states that the notice, a true copy of which is hereto attached, to be issues of said newspapers editions date as follows:

03/30/2025

That said newspaper was regularly issued and circulated on those dates and that the fees charged are legal.

Sworn to and subscribed before on 03/30/2025

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

8-21-26
_____
My commission expires

| | |
|---|---|
| Publication Cost: | $26.64 |
| Tax Amount: | $0.00 |
| Payment Cost: | $26.64 |
| Order No: | 11165448 |
| Customer No: | 1522099 |
| PO #: | LMSS0265951 |

# of Copies: 0

THIS IS NOT AN INVOICE!
*Please do not use this form for payment remittance.*

NICOLE JACOBS
Notary Public
State of Wisconsin

# TO ALL PATIENTS OF MISSISSIPPI CENTER FOR ADVANCED MEDICINE PC

The Center closed as of December 31, 2024. If you want to obtain your patient records or have your records transferred to a new provider, you have the following options: (1) Request Online: https://medrecrequest.com; (2) Call (769) 300-6163; (3) E-Mail: request@medrecrequest.com; or (4) Request in writing via regular mail to: Medrec Request, LLC, 129 Executive Drive, Suite A, Madison, MS 39110. Records can be sent via fax, e-mail, or at your option, by regular mail. Records will be released only after the completion of a HIPPA release form provided after initial inquiry. All requests must be received on or before March 24, 2026. After March 24, 2026, all medical records of MCAM not claimed by a patient or insurance provider, or request is not granted by a federal agency to deposit such records, the records shall be destroyed.

March 30 2025

LMSS0265951

# CAPITAL CITY PRESS

### Publisher of
### THE ADVOCATE

### PROOF OF PUBLICATION

The hereto attached notice was published in THE ADVOCATE, a daily newspaper of general circulation published in Baton Rouge, Louisiana, and the Official Journal of the State of Louisiana, City of Baton Rouge, and Parish of East Baton Rouge or published daily in THE TIMES-PICAYUNE/THE NEW ORLEANS ADVOCATE, in New Orleans Louisiana or published daily in THE ACADIANA ADVOCATE in the following issues:

3/30/2025

Joy Newman, Public Notices Representative

Sworn and subscribed before me, by the person whose signature appears above

2 Apr 2025

M. Monic McChristian,

Notary Public ID#88293

State of Louisiana

My Commission Expires: Indefinite



Ad No: 134092

Heller Draper & Horn, LLC
650 Poydras St Ste 2500
New Orleans, LA 70130

PUBLIC NOTICE
--

**TO ALL PATIENTS OF
MISSISSIPPI CENTER FOR
ADVANCED MEDICINE PC**

The Center closed as of
December 31, 2024. If you
want to obtain your pa-
tient records or have
your records transferred
to a new provider, you
have the following op-
tions: (1) Request Online:
https://medrecrequest.
com; (2) Call (769) 300-
6163; (3) E-Mail:
request@medrecrequest.
com; or (4) Request in
writing via regular mail
to: Medrec Request, LLC,
129 Executive Drive, Suite
A, Madison, MS 39110.
Records can be sent via
fax, e-mail, or at your op-
tion, by regular mail.
Records will be released
only after the completion
of a HIPPA release form
provided after initial in-
quiry. All requests must
be received on or before
March 24, 2026. After
March 24, 2026, all med-
ical records of MCAM not
claimed by a patient or
insurance provider, or re-
quest is not granted by a
federal agency to deposit
such records, the records
shall be destroyed.

134092-mar 30-1t
$135.17

# CAPITAL CITY PRESS

### Publisher of
### THE ADVOCATE

### PROOF OF PUBLICATION

The hereto attached notice was published in THE ADVOCATE, a daily newspaper of general circulation published in Baton Rouge, Louisiana, and the Official Journal of the State of Louisiana, City of Baton Rouge, and Parish of East Baton Rouge or published daily in THE TIMES-PICAYUNE/THE NEW ORLEANS ADVOCATE, in New Orleans Louisiana or published daily in THE ACADIANA ADVOCATE in the following issues:

3/30/2025

Joy Newman, Public Notices Representative

Sworn and subscribed before me, by the person whose signature appears above

2 Apr 2025

M. Monic McChristian,

Notary Public ID#88293

State of Louisiana

My Commission Expires: Indefinite



Ad No: 134086

Heller Draper & Horn, LLC
650 Poydras St Ste 2500
New Orleans, LA 70130

PUBLIC NOTICE
* * *

**TO ALL PATIENTS OF
MISSISSIPPI CENTER FOR
ADVANCED MEDICINE PC**

The Center closed as of
December 31, 2024. If you
want to obtain your pa-
tient records or have
your records transferred
to a new provider, you
have the following op-
tions: (1) Request Online:
https://medrecrequest.
com; (2) Call (769) 300-
6163; (3) E-Mail:
request@medrecrequest.
com; or (4) Request in
writing via regular mail
to: Medrec Request, LLC,
129 Executive Drive, Suite
A, Madison, MS 39110.
Records can be sent via
fax, e-mail, or at your op-
tion, by regular mail.
Records will be released
only after the completion
of a HIPPA release form
provided after initial in-
quiry. All requests must
be received on or before
March 24, 2026. After
March 24 2026, all med-
ical records of MCAM not
claimed by a patient or
insurance provider, or re-
quest is not granted by a
federal agency to deposit
such records, the records
shall be destroyed.

134086-mar 30-1t
$135.17