United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 23-00962-JAW

Mississippi Center for Advanced Medicine     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Apr 28, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mississippi Center for Advanced Medicine, P.C., c/o Heller Draper & Horn, LLC, Greta M. Brouphy, Liquidation Trustee, 650 Poydras St. Ste. 2500, New Orleans, LA 70130-6175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Lee Smith | on behalf of Creditor Mississippi Baptist Medical Center Inc. asmith@bakerdonelson.com |
| Burton S Weston | on behalf of Creditor The Alliance Pharmacy bweston@garfunkelwild.com |
| Christopher H Meredith | on behalf of Creditor BankPlus cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov jen.kirk@usdoj.gov;cara.pardue@usdoj.gov |
| Christopher R. Maddux | on behalf of Creditor The University of Mississippi Medical Center chris.maddux@butlersnow.com vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com |
| Craig M. Geno | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Craig M. Geno
    on behalf of Defendant Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Debtor Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Douglas C. Noble
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates dnoble@mmqnlaw.com, hbreland@mmqnlaw.com

Douglas C. Noble
    on behalf of Creditor McKesson Corporation dnoble@mmqnlaw.com hbreland@mmqnlaw.com

Douglas Scott Draper
    on behalf of Liquidator Greta Brouphy ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas Scott Draper
    on behalf of Trustee Greta Manning Brouphy ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas Scott Draper
    on behalf of Plaintiff Mississippi Center for Advanced Medicine P.C. ddraper@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com

Elizabeth Charlene Priester
    on behalf of Special Counsel Priester Law Firm PLLC ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com

Eric Todd Presnell
    on behalf of Debtor Mississippi Center for Advanced Medicine P.C. tpresnell@bradley.com, rboswell@bradley.com

Greta Manning Brouphy
    gbrouphytrusteesdms@hellerdraper.com LA55@ecfcbis.com

Greta Manning Brouphy
    on behalf of Trustee Greta Manning Brouphy gbrouphytrusteesdms@hellerdraper.com LA55@ecfcbis.com

Greta Manning Brouphy
    on behalf of Debtor Mississippi Center for Advanced Medicine P.C. gbrouphytrusteesdms@hellerdraper.com, LA55@ecfcbis.com

J. Walter Newman, IV
    on behalf of Creditor Positudes Inc. d/b/a The Alliance Pharmacy wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV
    on behalf of Creditor The Alliance Pharmacy wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

James E. Bailey, III
    on behalf of Creditor The University of Mississippi Medical Center jeb.bailey@butlersnow.com

James E. Bailey, III
    on behalf of Plaintiff University of Mississippi Medical Center jeb.bailey@butlersnow.com

Jeff D. Rawlings
    on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Jeff D. Rawlings
    on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates , dcyrankowski@buchalter.com;docket@buchalter.com

John S. Simpson
    on behalf of Creditor Hemophilia of Georgia Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Khaled Tarazi
    on behalf of Creditor McKesson Corporation ktarazi@buchalter.com

Khaled Tarazi
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates ktarazi@buchalter.com

Melvin Priester, Jr
    on behalf of Debtor Mississippi Center for Advanced Medicine P.C. mpriester@priesterlawfirm.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Nathan Simpson
    on behalf of Creditor Hemophilia of Georgia Inc. rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Robert V Greenlee
    on behalf of Plaintiff University of Mississippi Medical Center robert.greenlee@butlersnow.com
    ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com

Robert V Greenlee
    on behalf of Creditor The University of Mississippi Medical Center robert.greenlee@butlersnow.com
    ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com

Sean R. Guy
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates sguy@mmqlaw.com, hbreland@mmqnlaw.com

Sheldon G. Alston
    on behalf of Special Counsel Brunini Grantham, Grower & Hewes, PLLC salston@brunini.com, jdorsey@brunini.com

Thomas Carl Rollins, Jr
    on behalf of Trustee Greta Manning Brouphy trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas M Hewitt
    on behalf of Creditor The University of Mississippi Medical Center thomas.hewitt@butlersnow.com
    ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

Thomas M Hewitt
    on behalf of Plaintiff University of Mississippi Medical Center thomas.hewitt@butlersnow.com
    ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

Thomas R. Hudson
    on behalf of Creditor BankPlus tomhudson@bankplus.net bankruptcyteam@bankplus.net

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 40



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 27, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | ) |
| | ) |
| MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. | ) Case No. 23-00962-JAW |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### AGREED ORDER RESOLVING LIQUIDATION TRUSTEE'S OBJECTIONS TO MCKESSON CORPORATION'S PROOFS OF CLAIM AND APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

This matter came before the Court on the agreed resolution between Greta M. Brouphy, as Liquidation Trustee of the MCAM Liquidation Trust (the "Trustee" and the "Trust," respectively) and McKesson Corporation ("McKesson") resolving the Trustee's: (i) *Trustee's Objection to Claim No. 14 Filed by McKesson Corp. for Itself and as Collection Agent for McKesson Specialty Care Distribution, LLC and Claim No. 15 Filed by McKesson Corporation for Itself and as Collection Agent for McKesson Plasma & Biologics, LLC* [Dkt #953] (the "Claim Objection"), thereby objecting to McKesson's Proof of Claim Nos. 14 and 15 in this case (collectively, the "Proofs of Claim"); and (ii) *Opposition to McKesson Corporation's Application for Allowance and Payment of Administrative Expense Claim* [Dkt. #985] (the

"Application Objection"), thereby objecting to the *McKesson Corporation's Application for Allowance and Payment of Administrative Expense Claim* [Dkt. 970] (the "Application").

The principal balances of McKesson's Proofs of Claim and the amounts sought in the Application have been satisfied. Pursuant to the Proofs of Claim and the Application, McKesson asserts its entitlement to post-petition interest and attorneys' fees as an oversecured creditor in this case. The Trustee disputes the amounts requested by McKesson. However, the Trustee and McKesson have conferred and agreed to resolve all matters related to the Proofs of Claim, the Claim Objection, the Application, and the Application Objection as set forth herein.

The Court, being advised that McKesson and the Trustee agree to the relief set forth below, finds that the agreement and relief afforded thereby should be approved as described below:

**IT IS THEREFORE ORDERED** that, within three business days of the entry of this Order, the Trustee shall pay McKesson on account of both the Proofs of Claim and the Application the total amount of $119,565.98, consisting of post-petition interest in the amount of $80,000.00 and attorneys' fees in the amount of $39,565.98.

**IT IS FURTHER ORDERED** that upon the date of entry of this Order (the "Effective Date"), excepting only the requirement of the Trustee to pay the Agreed Payment, McKesson fully and forever releases and discharges the Trustee and Trust, including their past and present officers, directors, partners, members, principals, employees, agents, servants, predecessors, predecessors-in-interest, successors, successors-in-interest, shareholders, heirs, executors, trustees, attorneys, personal and legal representatives, beneficiaries, divisions, administrators, insurers, third-party administrators, and assigns, from any and all claims and liabilities, whether known or unknown, from the beginning of time through the Effective Date.

**IT IS FURTHER ORDERED** that upon the Effective Date, the Trustee, on behalf of herself and the Trust, fully and forever releases and discharges McKesson, its past and present officers, directors, partners, managers, members, principals, employees, independent contractors, agents, servants, predecessors, predecessors-in-interest, successors, successors-in-interest, shareholders, heirs, executors, trustees, attorneys, personal and legal representatives, beneficiaries, divisions, administrators, insurers, third-party administrators, spouses and assigns from any and all claims and liabilities, whether known or unknown, fixed or contingent, from the beginning of time through the Effective Date.

**IT IS FURTHER ORDERED** that the Proofs of Claim are hereby deemed satisfied in full.

**IT IS FURTHER ORDERED** that the Application [Dkt. 970] is hereby deemed withdrawn.

##END OF ORDER##

Order submitted by:

 /s/ *Douglas C. Noble*
Douglas C. Noble, MS Bar No. 10526
**McCraney | Montagnet | Quin | Noble PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile:  (601) 510-2939
Email:   dnoble@mmqnlaw.com

Khaled Tarazi (admitted *pro hac vice*)
Buchalter
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ  85254-2659
Telephone: 480.383.1800
Email:  ktarazi@buchalter.com

***Counsel for McKesson Corporation, on behalf of itself and certain corporate affiliates***

Agreed to by:

 /s/ *Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Michael E. Landis, La. Bar No. 36542
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
mlandis@hellerdraper.com

*Counsel for Greta M. Brouphy*
*Liquidating Trustee for the MCAM*
*Liquidation Trust*

and

 /s/ *Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr, MS Bar No. 103469
THE ROLLINS LAW FIRM
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5553
Facsimile: (601) 500-5296
Email: tc@therollinsfirm.com

*Local Counsel for Greta M. Brouphy*
*Liquidating Trustee for the MCAM*
*Liquidation Trust*