# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. | CASE NO.   23-00962-JAW |
| | DEBTOR | CHAPTER   11 |

### CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, *Greta M. Brouphy*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  A consensual plan was confirmed on January 23, 2025 [ECF Doc. 934], establishing a liquidating trust.  No plan payments were made to the trustee.  The Court deemed the plan substantially consummated and the Effective Date of the plan is April 8, 2025 [ECF Doc. 959], and pursuant to 11 U.S.C. § 330(a), on March 26, 2025 [ECF Doc. 1007] the Court ordered the *Order Granting Amended Final Application of Greta M. Brouphy, Appointed Subchapter V Trustee for the Chapter 11 Debtor for Approval of Compensation and Reimbursement of Expenses* granting a second interim compensation award in total of $37,019.98, with the first interim award of $50,998.31, for a total award of $88,018.29 to the trustee.  These funds were paid by the debtor to the trustee for the first interim award in January 2025 and the second interim award in May 2025.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.

Date:  May 5, 2025                    By:  */s/ Greta M. Brouphy*
                                           Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR D