United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-00962-JAW |
| Mississippi Center for Advanced Medicine | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: May 22, 2025 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mississippi Center for Advanced Medicine, P.C., c/o Heller Draper & Horn, LLC, Greta M. Brouphy, Liquidation Trustee, 650 Poydras St. Ste. 2500, New Orleans, LA 70130-6175 |
| sp | + | Brunini, Grantham, Grower & Hewes, PLLC, The Pinnacle Building, 190 E. Capitol Street, Suite 100, Jackson, MS 39201-2151 |
| 5222994 | + | Brunini Attorneys at Law, P.O. Drawer 119, Jackson, MS 39205-0119 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

**Name              Email Address**

Alan Lee Smith
　　on behalf of Creditor Mississippi Baptist Medical Center Inc. asmith@bakerdonelson.com

Burton S Weston
　　on behalf of Creditor The Alliance Pharmacy bweston@garfunkelwild.com

Christopher H Meredith
　　on behalf of Creditor BankPlus cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher J. Steiskal, Sr.
　　on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov jen.kirk@usdoj.gov;cara.pardue@usdoj.gov

Christopher R. Maddux
　　on behalf of Creditor The University of Mississippi Medical Center chris.maddux@butlersnow.com vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: May 22, 2025 | Form ID: pdf012 | Total Noticed: 3 |

Craig M. Geno
    on behalf of Defendant Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Debtor Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Douglas C. Noble
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates dnoble@mmqnlaw.com, hbreland@mmqnlaw.com

Douglas C. Noble
    on behalf of Creditor McKesson Corporation dnoble@mmqnlaw.com hbreland@mmqnlaw.com

Douglas Scott Draper
    on behalf of Liquidator Greta Brouphy ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas Scott Draper
    on behalf of Liquidator Greta Manning Brouphy ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas Scott Draper
    on behalf of Trustee Greta Manning Brouphy ddraper@hellerdraper.com dhepting@hellerdraper.com;vgamble@hellerdraper.com

Douglas Scott Draper
    on behalf of Plaintiff Mississippi Center for Advanced Medicine P.C. ddraper@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com

Elizabeth Charlene Priester
    on behalf of Special Counsel Priester Law Firm PLLC ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com

Eric Todd Presnell
    on behalf of Debtor Mississippi Center for Advanced Medicine P.C. tpresnell@bradley.com, rboswell@bradley.com

Greta Manning Brouphy
    gbrouphytrusteesdms@hellerdraper.com LA55@ecfcbis.com

Greta Manning Brouphy
    on behalf of Trustee Greta Manning Brouphy gbrouphytrusteesdms@hellerdraper.com LA55@ecfcbis.com

Greta Manning Brouphy
    on behalf of Debtor Mississippi Center for Advanced Medicine P.C. gbrouphytrusteesdms@hellerdraper.com, LA55@ecfcbis.com

J. Walter Newman, IV
    on behalf of Creditor Positudes Inc. d/b/a The Alliance Pharmacy wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

J. Walter Newman, IV
    on behalf of Creditor The Alliance Pharmacy wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com

James E. Bailey, III
    on behalf of Creditor The University of Mississippi Medical Center jeb.bailey@butlersnow.com

James E. Bailey, III
    on behalf of Plaintiff University of Mississippi Medical Center jeb.bailey@butlersnow.com

Jeff D. Rawlings
    on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Jeff D. Rawlings
    on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
    on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates , dcyrankowski@buchalter.com;docket@buchalter.com

John S. Simpson
    on behalf of Creditor Hemophilia of Georgia Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Khaled Tarazi
    on behalf of Creditor McKesson Corporation ktarazi@buchalter.com

Khaled Tarazi

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: May 22, 2025     Form ID: pdf012     Total Noticed: 3

                  on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates ktarazi@buchalter.com

Melvin Priester, Jr
                  on behalf of Debtor Mississippi Center for Advanced Medicine  P.C. mpriester@priesterlawfirm.com

Nathan Simpson
                  on behalf of Creditor Hemophilia of Georgia  Inc. nsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Robert V Greenlee
                  on behalf of Plaintiff University of Mississippi Medical Center robert.greenlee@butlersnow.com
                  ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com

Robert V Greenlee
                  on behalf of Creditor The University of Mississippi Medical Center robert.greenlee@butlersnow.com
                  ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com

Sean R. Guy
                  on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates sguy@mmqlaw.com,
                  hbreland@mmqnlaw.com

Sheldon G. Alston
                  on behalf of Special Counsel Brunini  Grantham, Grower & Hewes, PLLC salston@brunini.com, jdorsey@brunini.com

Thomas Carl Rollins, Jr
                  on behalf of Trustee Greta Manning Brouphy trollins@therollinsfirm.com
                  jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                  nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas M Hewitt
                  on behalf of Plaintiff University of Mississippi Medical Center thomas.hewitt@butlersnow.com
                  ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

Thomas M Hewitt
                  on behalf of Creditor The University of Mississippi Medical Center thomas.hewitt@butlersnow.com
                  ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com

Thomas R. Hudson
                  on behalf of Creditor BankPlus tomhudson@bankplus.net  bankruptcyteam@bankplus.net

United States Trustee
                  USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 41



**SO ORDERED,**

*Jamie A. Wilson* (signature)

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: May 22, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | **CHAPTER 11** |
| | **Debtor** | **CASE NO. 23-00962-JAW** |

### AGREED ORDER APPROVING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR BRUNINI, GRANTHAM, GROWER & HEWES, PLLC

THIS CAUSE having come on for consideration of the *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Brunini, Grantham, Grower & Hewes, PLLC* [DK #964] (the "Application") filed herein by special counsel for Mississippi Center for Advanced Medicine, P.C. (the "Debtor"), and the *Objection* [DK #986] thereto filed by the Office of the United States Trustee (the "UST"), the Court being fully advised in the premises, hereby finds as follows, to-wit:

1. The Applicant represents to the Court that notice of the Application was filed in accordance with all applicable rules.

2. On April 21, 2023, the Debtor herein filed with this Court its original Voluntary Petition under Chapter 11 of the Bankruptcy Code.

3. An Amended Agreed Order [DK #238] authorizing the employment of Brunini, Grantham, Grower & Hewes, PLLC (the "Applicant") as special counsel for the Debtor was entered

on July 27, 2023.

4. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred by said attorneys was attached to the Application as Exhibit "A" and is incorporated herein by reference. The Affidavit also certified and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services had actually been rendered. A detailed itemization of such services and expenses was attached to the Application as Exhibit "B" and is incorporated herein by reference.

5. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

6. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from March 9, 2023, to and including December 16, 2024, and is for the sum of $32,900.50 ($32,810.00 in fees and $90.50 in expenses).

7. The Objection of the UST is resolved by the agreement of the Applicant to reduce the total amount of requested fees and expenses to $14,412.62. The reduced amount reflects the agreement between the Applicant and the UST as follows:

    a. Applicant agrees to waive its claim for pre-petition fees in the amount of

$750.00;

b. Applicant and the UST agree that $8,500 of fees and expense were reasonable and necessary for the benefit of the Debtor's estate only and not for Debtor's co-defendants represented by Applicant in the separate civil litigation; and

c. Applicant and the UST agree that $23,650.50 in fees in the Application were fees earned by Applicant in the representation of the Debtor and its co-defendants in the separate civil litigation, of which 25% ($5,912.62) shall be paid by the estate.

8. Applicant is entitled to compensation for professional services rendered to the Debtor and reimbursement of expenses it has incurred on behalf of the Debtor pursuant to the provisions of 11 U.S.C. § 330. Therefore, the Application should be approved.

IT IS ACCORDINGLY, ORDERED:

A. Brunini, Grantham, Grower & Hewes, PLLC is hereby allowed compensation and reimbursement of expenses in the sum of $14,412.62, on a final basis.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

B. The sum approved and allowed by this Court as compensation and reimbursement for expenses is a priority administrative expense as set forth in 11 U.S.C. §§ 503(b)(2) and 507(a)(2), and the Subchapter V Trustee and Operating/Liquidating Trustee is authorized and directed to immediately pay the approved fees and expenses.

## END OF ORDER ##

APPROVED AND AGREED:

_____
Craig M. Geno
Counsel for Mississippi Center for Advanced Medicine, P.C.


/s/ James McCullough, II    [WITH PERMISSION]
James McCullough, II
Counsel for Brunini, Grantham, Grower & Hewes, PLLC


/s/ Christopher J. Steiskal, Sr.    [WITH PERMISSION]
Christopher J. Steiskal, Sr.
Trial Attorney for the United States Trustee


SUBMITTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\MS Center for Advanced Medicine\Fee Apps\Brunini Grantham\1st & Final\Revised Agreed Order 5-20-25.wpd