IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **MISSISSIPPI CENTER FOR**
            **ADVANCED MEDICINE, P.C.**      CASE NO.   23-00962-JAW

            **DEBTOR**                        CHAPTER   11

---

## STATUS OF MCAM LIQUIDATION TRUST

---

Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Trust***"), which was created pursuant to the Amended Subchapter V Plan; Plan of Liquidation (the "***Plan***"), confirmed by Order dated January 23, 2025 [ECF Doc. 934] hereby submits the status of the Trust:

**PLAN PAYMENTS**:

Class 1: Administrative Claims:

- o Ordinary Trade Debt: Pursuant to the Plan, trade debt incurred by the Debtor was paid in the ordinary course of business by either the Debtor or the Trust.

- Payments to Employed Professionals, the Subchapter V Trustee, and Accountants:  Professionals and Accountants asserting claims under 11 U.S.C. § 503 or § 507 were paid pursuant to final orders, and no amounts are outstanding.

- Payments to holders of Section 503(b)(9) Claims in the amount of $1,906,523.10: These claims were paid by the Trust, and the Trust is unaware of any remaining outstanding amounts owed.

Class 2: Priority Claims

- Any such claims, if there were any, were paid prior to the formation of the Trust. Note any post-petition tax claims were paid in the ordinary course of business, and the Trustee is unaware of any remaining outstanding amounts owed.

Class 3: Secured Claims of BankPlus

- The Trustee paid any remaining amounts owed to BankPlus out of cash on hand by the Trust, and is unaware of any remaining outstanding amounts owed.

Class 4: Secured Claims of Community Bank of Mississippi

- The Trustee paid any remaining amounts owed to Community Bank of Mississippi out of cash on hand by the Trust, and is unaware of any remaining outstanding amounts owed.  See ECF Doc. 1006.

Class 5: Secured Claims of McKesson Pharmaceutical

- The Trustee paid McKesson Pharmaceutical pursuant to the terms of the Agreed Order Resolving Liquidation Trustee's Objections to McKesson Corporations Proofs of Claim and Application for Allowance of Administrative Expenses [ECF Doc. 1021] and the Trust is unaware of any remaining outstanding amounts owed.

Class 6: Secured Claims of McKesson Specialty Care Distribution

- The Trustee paid McKesson Specialty Care Distribution pursuant to the terms of the Agreed Order Resolving Liquidation Trustee's Objections to McKesson Corporations Proofs of Claim and Application for Allowance of Administrative Expenses [ECF Doc. 1021] and us unaware of any remaining outstanding amounts owed.

Class 7: General, Unsecured Claims

- Pursuant to the terms of the Plan, payments to Unsecured Creditors shall be made on or withing eighteen (18) months of the Effective Date of the Plan.  The Effective Date of the Plan is April 8, 2025, making the distribution deadline on or before October 8, 2026.

**ADVERSARY PROCEEDING**: Mississippi Center for Advanced Medicine, P.C. v. Spencer K. Sullivan, M.D. Case No. 25-00008-JAW

- The Plaintiff and the Defendant have reached an amicable resolution, and the Trustee will file the proper pleadings with the Court regarding the settlement, once the parties have completed due diligence.

**MEDICAL RECORDS**:

- Pursuant to the terms of the Order [ECF Doc. 999] on the Motion Approving Patient Notice and Destruction Procedures and Related Relief Regarding Patient Records [ECF Doc. 956], the Trust mailed the notice to the identified patients and filed the appropriate notices in the publications [See Notice, ECF Doc. 1019].   The Trust sent the notices to the identified patients at the last known address by the Debtor.   To the extent that any notices were returned undeliverable, the Trust made reasonable efforts to determine updated addresses, and resend the notices.

- After the 365-day period of the publications, which date is March 24, 2026, all medical records of the Debtor not claimed by a patient or insurance provider, or request is not granted by a federal agency to deposit such records, the records shall be destroyed.  Prior to the destruction, the Trustee will provide a written request to the Office of Civil Rights of the Untied States Department of Health

and Human Services to accept the records not claimed.  See 11 U.S.C. § 351(2). Within 10 days of any denial, the Trustee will destroy the records, and will file a report certifying the records have been destroyed and the method for the destruction, with proof retained until the case is closed.  See FRBP 6001(d) and 6001(c).

- Pursuant to the Medical Record Storage and Release Services Agreement, the records are stored and requests for records are fulfilled.  To date, from January 2025 through June 2025, approximately 277 requests for medical records have been received and processed.

**CONTRACT REJECTION PAYMENTS**:

- Pursuant to the Order Granting Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 3002 and 6006 Authorizing the Rejection of Executory Contracts and Unexpired Leases of the Debtor [ECF Doc. 928].  The Trust made the payments for the rejection damage claims as indicated in the order, and the deadline to file a claim under 11 U.S.C. §§ 365, 503, or 507 has expired, and any such claim is now time barred.

**OTHER MATTERS**:

- Smith Rouchon & Associates is continuing to collect outstanding patients' accounts receivable.

- All furniture, fixtures and equipment have been liquidated.

- The deadline for employees to withdraw funds from the FSA was April 30, 2025, according to IRS rules.  The FSA account was closed and the amount remaining on deposit of $19,240.75 was transferred to the Debtor's operating account with BankPlus.

{00383862-2}

- During the winndown process, the Debtor's accounts with BankPlus have remained open, the current balances are: (i) xx7976 - $46,769.30; (ii) xx5471 - $1,000.00; and (iii) xx4434 - $1,000.00.  The accounts are used for automatic payments, including but not limited to the payment of $14.00 for every one of the medical record submissions to the Mississippi Department of Rehabilitation / Disability.

SO NOTICED, this 23rd day of July 2025.

> **Greta M. Brouphy**,
> gbrouphy@hellerdraper.com
> 650 Poydras St. Ste. 2500
> New Orleans, LA  70130
> Telephone: 504.299.3300
> Fax: 504.299.3399
> *Liquidating Trustee for MCAM Liquidation Trust*

## CERTIFICATE OF SERVICE

I, Greta M. Brouphy, Liquidating Trustee for MCAM Liquidation Trust hereby certify that I caused on July 23, 2025, the above and forgoing to be served to all parties entitled to service via the court's CM/ECF Electronic Notification System as follows:

- Sheldon G. Alston     salston@brunini.com, jdorsey@brunini.com
- James E. Bailey     jeb.bailey@butlersnow.com
- Greta Manning Brouphy     gbrouphytrusteesdms@hellerdraper.com, LA55@ecfcbis.com
- Douglas Scott Draper     ddraper@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- Jeffrey Garfinkle     jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- Jeffrey K. Garfinkle     , dcyrankowski@buchalter.com;docket@buchalter.com
- Craig M. Geno     cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

- Robert V Greenlee    robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- Sean R. Guy    sguy@mmqlaw.com, hbreland@mmqnlaw.com
- Thomas M Hewitt    thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- Thomas R. Hudson    tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- Christopher R. Maddux    chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- Christopher H Meredith    cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- J. Walter Newman    wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- Douglas C. Noble    dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- Eric Todd Presnell    tpresnell@bradley.com, rboswell@bradley.com
- Elizabeth Charlene Priester    ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- Melvin Priester    mpriester@priesterlawfirm.com
- Jeff D. Rawlings    Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- Thomas Carl Rollins    trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- Eileen N. Shaffer    eshaffer@eshaffer-law.com
- John S. Simpson    jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- Nathan Simpson    nsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- Alan Lee Smith    asmith@bakerdonelson.com
- Christopher J. Steiskal    csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- Khaled Tarazi    ktarazi@buchalter.com
- United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
- Burton S Weston    bweston@garfunkelwild.com

*/s/Greta M. Brouphy*
Greta M. Brouphy

{00383862-2}

# Cash Flow Report

Period Ending: 07/21/25      **Date submitted** 07/21/25      Page: 1

Trustee Greta M. Brouphy (380580)

**Case 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST)**

| Date | Type | Paid To / received From | Descritpion of Transaction | UTC | Amount | Balance |
|---|---|---|---|---|---|---|
| 02/11/25 | + Receipt Adjustment | Transfer Credit from East West Bank acct XXXXXX0281 | Transition Credit from East West Bank acct XXXXXX0281 | 9999-000 | $600,000.00* | $600,000.00 |
| 02/28/25 | Fee: 1 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$400.00 | $599,600.00 |
| 03/28/25 | Service Fee Credit Adj: 2 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | $400.00 | $600,000.00 |
| 04/24/25 | Deposit: 100000 | Anthem | Receipt | 1290-000 | $0.23 | $600,000.23 |
| 04/24/25 | Deposit: 100001 | SS&C | Receipt | 1290-000 | $3,672.87 | $603,673.10 |
| 04/24/25 | Deposit: 100002 | | Receipt - Patient | 1290-000 | $100.00 | $603,773.10 |
| 04/24/25 | Deposit: 100003 | | Receipt - Patient | 1290-000 | $20.95 | $603,794.05 |
| 04/25/25 | Deposit: 100004 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $1,759.39 | $605,553.44 |
| 04/25/25 | Deposit: 100005 | | Receipt - Payment | 1290-000 | $93.18 | $605,646.62 |
| 04/29/25 | Deposit: 100006 | | Pymt Account No. 1003930679 | 1290-000 | $186.00 | $605,832.62 |
| 04/29/25 | Deposit: 100007 | | Pymt for Acct. # 1003412033 | 1290-000 | $80.00 | $605,912.62 |
| 05/12/25 | Check: 10001 | Medrec Request, LLC 129 Executive Drive Ste. A Madison, MS 39110 | Invoice No. 002302 | 8500-000 | -$9,727.23 | $596,185.39 |
| 05/13/25 | Deposit: 100008 | | Payment | 1290-000 | $36.26 | $596,221.65 |

* Denotes A Transfer Of Funds

# Cash Flow Report

Period Ending: 07/21/25 **Date submitted** 07/21/25 Page: 2

Trustee Greta M. Brouphy (380580)

**Case 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST)**

| Date | Type | Paid To / received From | Descritpion of Transaction | UTC | Amount | Balance |
|------|------|------------------------|---------------------------|-----|--------|---------|
| 05/13/25 | Deposit: 100009 | | Payment | 1290-000 | $25.00 | $596,246.65 |
| 05/13/25 | Deposit: 100010 | SS & C | DST Pharmacy Solutions Network for Period Ending 11/30/2024 | 1290-000 | $1,799.14 | $598,045.79 |
| 05/13/25 | Deposit: 100011 | FIS Payments LLC PO Box 7236 Philadelphia, PA 39350 | Payment | 1290-000 | $50.00 | $598,095.79 |
| 05/22/25 | Deposit: 100012 | | Account Payment | 1290-000 | $40.00 | $598,135.79 |
| 05/22/25 | Deposit: 100013 | Medical Equipment Exchange dba MedEx 1330 Cynthia Road Clinton, MS 39056 | Equipment Sale Proceeds | 1290-000 | $1,040.00 | $599,175.79 |
| 05/22/25 | Deposit: 100014 | | Patient Payment | 1290-000 | $201.00 | $599,376.79 |
| 05/29/25 | Incoming wire: 3 | Mississippi Center for Advanced Medicine, P.C. (trust) | WIRE IN;ORG-MISSISSIPPI CENTER FOR ADVANCED MED;OBI-GRETA M B | 1290-000 | $875,000.00 | $1,474,376.79 |
| 06/05/25 | Incoming wire: 4 | Mississippi Center for Advanced Medicine, P.C. | WIRE IN;ORG-MISSISSIPPI CENTER FOR ADVANCED MED;OBI-GRETA BRO | 1290-000 | $875,000.00 | $2,349,376.79 |
| 06/13/25 | Deposit: 100015 | | Patient Payment Acct. # 1003435666 | 1290-000 | $35.80 | $2,349,412.59 |
| 06/13/25 | Deposit: 100016 | | Patient Payment Acct. # 1003843469 | 1290-000 | $30.00 | $2,349,442.59 |
| 06/13/25 | Deposit: 100017 | MS Band of Choctaw Indians Office of Finance & Accounting PO Box 6090/101 Industrial Road Choctaw, MS 39350 | Refund | 1290-000 | $164.23 | $2,349,606.82 |

\* Denotes A Transfer Of Funds

# Cash Flow Report

Period Ending: 07/21/25                     **Date submitted** 07/21/25                                          Page: 3

Trustee Greta M. Brouphy (380580)

**Case 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST)**

| Date | Type | Paid To / received From | Descritpion of Transaction | UTC | Amount | Balance |
|------|------|------------------------|---------------------------|-----|--------|---------|
| 06/13/25 | Deposit: 100018 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $917.64 | $2,350,524.46 |
| 06/13/25 | Check: 10002 | The Hartford P O Box 660916 Dallas , TX 39110-6115 | Acct. Number 17614122/Mississippi Center for Advanced Medicine | 8500-000 | -$1,440.00 | $2,349,084.46 |
| 06/13/25 | Check: 10003 | FedEx Freight Dept CH PO Box 10306 Palatine, IL 60055-0306 | Cust. # 504811700 | 8500-000 | -$224.55 | $2,348,859.91 |
| 06/13/25 | Check: 10004 | Hinds County Tax Collector 316 S President Street Jackson, MS 39201 | Acct. No. 52256 | 8500-000 | -$1,762.41 | $2,347,097.50 |
| 06/13/25 | Check: 10005 | Medrec Request, LLC 129 Executive Drive, Ste. A Madison, MS 39110 | Invoice No. 002303 | 8500-000 | -$13,658.10 | $2,333,439.40 |
| 06/13/25 | Check: 10006 | Novitas Solutions, Inc. PO Box 3063 Mechanicsburg, PA 17055-1806 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,332,439.40 |
| 06/13/25 | Check: 10007 | Cotiviti, LLC Spring Mill Corporate Center 555 E North Lane Ste 6125 Conshohocekn, PA 19428 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,331,439.40 |
| 06/13/25 | Check: 10008 | UPIC 14643 Dallas Pkwy Ste 400 Dallas, TX 75254 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,330,439.40 |
| 06/13/25 | Check: 10009 | C2C Innovative Solutions Inc Medicare Part B South QIC Contractor PO Box 45301 Jacksonville, FL 32232-5301 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,329,439.40 |
| 06/13/25 | Check: 10010 | Asset Protection Unit Inc. Po Box 33061 Amarillo, TX 79120 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,328,439.40 |
| 06/13/25 | Check: 10011 | Blue Cross of Mississippi 3545 Lakeland Drive Flowood, MS 39232 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,327,439.40 |

* Denotes A Transfer Of Funds

# Cash Flow Report

Period Ending: 07/21/25          **Date submitted** 07/21/25          Page: 4

Trustee Greta M. Brouphy (380580)

**Case 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST)**

| Date | Type | Paid To / received From | Descritpion of Transaction | UTC | Amount | Balance |
|---|---|---|---|---|---|---|
| 06/13/25 | Check: 10012 | Advanced Health Systems, Inc. PO Box 3494 Jackson, MS 39207-3494 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,326,439.40 |
| 06/13/25 | Check: 10013 | Blue Cross & Blue Shield of LA Attn: Network Administration Division PO Box 98029;  5525 Reitz Ave Baton Rouge, LA 70809-3802 | Rejection Damage Claims | 8500-000 | -$1,000.00 | $2,325,439.40 |
| 06/13/25 | Check: 10014 | Mississippi Division of Medicaid 550 High St Ste 1000 Jackson, MS 39201 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,324,439.40 |
| 06/13/25 | Check: 10015 | Humana Government Business Inc Attn: Network Development Dept 305 N Hurstbourne Pkwy 2B Louisville, KY 40222 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,323,439.40 |
| 06/13/25 | Check: 10016 | Humana, Inc. Attn:  Law Department 500 West Main St. Louisville, KY 40201 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,322,439.40 |
| 06/13/25 | Check: 10017 | Magnolia Health Attn:  Legal Department 1020 Highland Colony Pkwy Ste 502 Ridgeland, MS 39157 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,321,439.40 |
| 06/13/25 | Check: 10018 | Molina Healthcare Attn:  Legal Department 1020 Highland Colony Pkwy Ste 602 Ridgeland, MS 39157 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,320,439.40 |
| 06/13/25 | Check: 10019 | United Healthcare of MS Attn: Legal Department 795 Woodlands Pkwy Ste 301 Ridgeland, MS 39157 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,319,439.40 |

\* Denotes A Transfer Of Funds

# Cash Flow Report

Period Ending: 07/21/25          **Date submitted** 07/21/25          Page: 5

Trustee Greta M. Brouphy (380580)

**Case 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST)**

| Date | Type | Paid To / received From | Descritpion of Transaction | UTC | Amount | Balance |
|------|------|------|------|------|------|------|
| 06/13/25 | Check: 10020 | Louisiana Department of Health<br>Attn: LA Medicaid Legal Dept<br>PO Box 629<br>Baton Rouge, LA 70821-0629 | Rejection Claim Payment | 8500-000 | -$1,000.00 | $2,318,439.40 |
| 06/13/25 | Check: 10021 | Brunini, Grantham, Grower & Hewes, PLLC<br>190 East Capitol Street<br>The Pinnacle Building, Suite 100<br>Jackson, MS 39201 | Per Order Dkt. 1026 | 6700-000 | -$14,412.62 | $2,304,026.78 |
| 06/16/25 | Check: 10022 | Heller, Draper & Horn, LLC<br>650 Poydras Street<br>Suite 2500<br>New Orleans, LA 70130 | Fees/Expenses Payment Jan. 2025 through May 2025 | 8500-000 | -$51,353.15 | $2,252,673.63 |
| 07/03/25 | Deposit: 100019 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $1,391.44 | $2,254,065.07 |
| 07/03/25 | Deposit: 100020 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $7,645.75 | $2,261,710.82 |
| 07/03/25 | Deposit: 100021 | John W Wilder<br>6743 Hwy 9 N<br>Pontotoc, MS 38863 | Patient Payment on Account | 1180-000 | $40.00 | $2,261,750.82 |
| 07/03/25 | Deposit: 100022 | Medmonk<br>450 East Devon Avenue<br>Suite # 175<br>Itasca, IL 60143 | Rebate | 1290-000 | $365.63 | $2,262,116.45 |
| 07/09/25 | Deposit: 100023 | Pharmacy Data Management, Inc.<br>8530 Crossroads Drive<br>Poland, OH 44514 | Refund Pharmacy | 1280-000 | $299.25 | $2,262,415.70 |
| 07/09/25 | Deposit: 100024 | | Patient Payment 1003483034 | 1290-000 | $157.00 | $2,262,572.70 |

* Denotes A Transfer Of Funds

# Cash Flow Report

Period Ending: 07/21/25                         **Date submitted** 07/21/25                                             Page: 6

Trustee Greta M. Brouphy (380580)

**Case 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST)**

| Date | Type | Paid To / received From | Descritpion of Transaction | UTC | Amount | Balance |
|---|---|---|---|---|---|---|
| 07/09/25 | Check: 10023 | The Rollins Law Firm, PLLC P.O. Box 13767 Jackson, MS 39236 | Invoice # 7894 | 8500-000 | -$1,275.00 | $2,261,297.70 |

**Account Totals for 2200001411**

| | Deposits: | $1,770,150.76 | Disbursed: | -$109,253.06 | Credit Adj.: | $400.00 | Debit Adj.: | $600,000.0 | Balance: | $2,261,297.70 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Totals** | **Deposits:** | **$1,770,150.76** | **Disbursed:** | **-$109,253.06** | **Credit Adj.:** | **$400.00** | **Debit Adj.:** | **$600,000.0** | **Balance:** | **$2,261,297.70** |

* Denotes A Transfer Of Funds

# Outstanding Checks Report

### Trustee: Greta M. Brouphy (380580)
### Period End: 07/21/2025

| Case # | Account # | Check # | Issued | Paid / Stopped / Voided | Paid to | Amount |
|--------|-----------|---------|--------|--------------------------|---------|--------|
| 23-00962 | 2200001411 | 10007 | 06/13/25 | | Cotiviti, LLC | $ 1,000.00 |
| | | 10008 | 06/13/25 | | UPIC | $ 1,000.00 |
| | | 10009 | 06/13/25 | | C2C Innovative Solutions Inc | $ 1,000.00 |
| | | 10010 | 06/13/25 | | Asset Protection Unit Inc. | $ 1,000.00 |
| | | 10013 | 06/13/25 | | Blue Cross & Blue Shield of LA | $ 1,000.00 |
| | | 10015 | 06/13/25 | | Humana Government Business Inc | $ 1,000.00 |
| | | 10018 | 06/13/25 | | Molina Healthcare | $ 1,000.00 |
| | | 10019 | 06/13/25 | | United Healthcare of MS | $ 1,000.00 |
| | | 10023 | 07/09/25 | | The Rollins Law Firm, | $ 1,275.00 |

**Total Number of Outstanding Checks: 9**      $ 9,275.00