# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   MISSISSIPPI CENTER FOR
         ADVANCED MEDICINE, P.C.      CASE NO.   23-00962-JAW

         DEBTOR                        CHAPTER   11

## NOTICE OF PAYMENT

You are hereby notified that enclosed herein is the payment approved pursuant to the *Order Granting Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 3002 and 6006 Authorizing the Rejection of Executory Contracts and Unexpired Leases of the Debtor.* Pursuant to the attached Order, the deadline to file a claim under 11 U.S.C. §§ 365, 503, or 507 has expired, and any such claim is now time barred.

SO NOTICED, this 13th day of June 2025.

**Greta M. Brouphy**,
gbrouphy@hellerdraper.com
650 Poydras St. Ste. 2500
New Orleans, LA  70130
Telephone: 504.299.3300
Fax: 504.299.3399
***Liquidating Trustee for MCAM Liquidation Trust***

{00383678-1}

1

Notice Parties:

Noviatas Solutions, Inc.
PO Box 3063
Mechanicsburg, PA 17055-1806

Cotiviti, LLC
Spring Mill Corporate Center
555 E North Lane Ste 6125
Conshohocekn, PA 19428

UPIC
14643 Dallas Pkwy Ste 400
Dallas, TX 75254

C2C Innovative Solutions Inc
Medicare Part B South QIC Contractor
PO Box 45301
Jacksonville, FL 32232-5301

Asset Protection Unit Inc
PO BOX 33061
Amarillo, TX 79120

Advanced Health Systems Inc.
PO Box 3494
Jackson, MS 39207-3494

Blue Cross & Blue Shield of LA
Attn: Network Administration Division
PO Box 98029
5525 Reitz Ave
Baton Rouge, LA 70809-3802

Mississippi Division of Medicaid
550 High St Ste 1000
Jackson, MS 39201

Humana Government Business Inc
Attn: Network Development Dept
305 N Hurstbourne Pkwy 2B
Louisville, KY 40222

Humana Inc
Attn: Law Department
500 West Main St
Louisville, KY 40201

{00383678-1}

Magnolia Health
Attn: Legal Department
1020 Highland Colony Pkwy Ste 502
Ridgeland, MS 39157

Molina Healthcare
Attn: Legal Department
1020 Highland Colony Pkwy Ste 602
Ridgeland, MS 39157

United Healthcare of MS
Attn: Legal Department
795 Woodlands Pkwy Ste 301
Ridgeland, MS 39157

Louisiana Department of Health
Attn: LA Medicaid Legal Dept
PO Box 629
Baton Rouge, LA 70821-0629

Blue Cross of Mississippi
3545 Lakeland Dr
Flowood, MS 39232


cc:
Humana Military
Tricare East
PO Box 7937
Madison, WI 53707-7937

Performant Recovery, Inc.
PO Box 3568
San Angelo, TX 76902

{00383678-1}

3