## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | * | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Case No. 23-00962-JAW |
| | * | Chapter 11 |
| **Debtor.** | | |
| ****************************************** | | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Adversary Proceeding |
| | * | No. 25-00008-JAW |
| **Plaintiff** | | |
| | * | |
| **Versus** | | |
| | * | |
| **SPENCER K. SULLIVAN, M.D.** | | |
| | * | |
| **Defendant** | | |

### CERTIFICATE OF SERVICE

I, Douglas S. Draper, hereby certify that I caused *Notice of Filing and Objection Deadlines: Joint Motion Approve Compromise Pursuant to FED.R.BankR.P. 9019 [Dkt # 19] and Joint Motion to Approve Compromise Pursuant to FED.R.BankR.P. 9019 [Dkt #18]* to be served on August 26, 2025, to the parties entitled to CM/ECF Electronic Notification as listed below:

- Greta Manning Brouphy    gbrouphytrusteesdms@hellerdraper.com, LA55@ecfcbis.com
- Douglas Scott Draper    ddraper@hellerdraper.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- Thomas Carl Rollins    trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- Eileen N. Shaffer    eshaffer@eshaffer-law.com
- United States Trustee    USTPRegion05.JA.ECF@usdoj.gov

**AND**

{00384025-1}

I, also certify that I electronically emailed and mailed first class US prepaid postage to:

    Mr. Matt Trusty
    City President
    Southern Bankcorp Bank
    1888 Main St. Suite D
    Madison, MS  39110
    Matt.Trusty@banksouthern.com

August 26, 2025

    /s/Douglas S. Draper
    Douglas S. Draper, La. Bar No. 5073
    Michael E. Landis, La. Bar NO. 36542
    HELLER, DRAPER & HORN, L.L.C.
    650 Poydras Street, Suite 2500
    New Orleans, LA  70130-6103
    Telephone: 504.299.3300/Fax: 504.299.3399
    ddraper@hellerdraper.com
    mlandis@hellerdraper.com

    *Counsel for Greta M. Brouphy*
    *Liquidating Trustee for the*
    *MCAM Liquidation Trust*

    and

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins Jr., MS Bar No. 103469
    **The Rollins Law Firm, PLLC**
    P.O. Box 13767
    Jackson, Mississippi 39236
    Telephone: (601) 500-55533
    Facsimile: (601) 500-5296
    Email: tc@therollinsfirm.com

    *Local Counsel for Greta M. Brouphy*
    *Liquidating Trustee for the*
    *MCAM Liquidation Trust*

{00384025-1}