IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | * | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Case No. 23-00962-JAW |
| | * | Chapter 11 |
| **Debtor.** | | |
| ***************************************** | | |
| **MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C.** | * | Adversary Proceeding |
| | * | No. 25-00008-JAW |
| **Plaintiff** | | |
| | * | |
| **Versus** | | |
| | * | |
| **SPENCER K. SULLIVAN, M.D.** | | |
| | * | |
| **Defendant** | | |

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, hereby certify that I caused a copy of the *Notice of Filing and Objection Deadlines: Joint Motion Approve Compromise Pursuant to FED.R.BankR.P. 9019 [Dkt # 19]* to be served on August 26, 2025, to all parties properly addressed with US first class prepaid postage on the attached mailing matrix by Docusource.

August 26, 2025

                                                      */s/Douglas S. Draper*
                                                     Douglas S. Draper, La. Bar No. 5073
                                                     Michael E. Landis, La. Bar NO. 36542
                                                     HELLER, DRAPER & HORN, L.L.C.
                                                     650 Poydras Street, Suite 2500
                                                     New Orleans, LA  70130-6103
                                                     Telephone: 504.299.3300/Fax: 504.299.3399
                                                     ddraper@hellerdraper.com
                                                     mlandis@hellerdraper.com

{00384026-1}

*Counsel for Greta M. Brouphy*
*Liquidating Trustee for the*
*MCAM Liquidation Trust*

and

<u>*/s/ Thomas C. Rollins, Jr.*</u>
Thomas C. Rollins Jr., MS Bar No. 103469
**The Rollins Law Firm, PLLC**
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-55533
Facsimile: (601) 500-5296
Email: tc@therollinsfirm.com

*Local Counsel for Greta M. Brouphy*
*Liquidating Trustee for the*
*MCAM Liquidation Trust*

{00384026-1}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-00008-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Tue Aug 26 16:14:52 CDT 2025 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | (p)ALDOUS & ASSOCIATES<br>PO BOX 171374<br>HOLLADAY UT 84117-1374 |
| AmRent Consumer Relations<br>Notice Only<br>250 E Broad St<br>Columbus, OH 43215-3708 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of Yazoo<br>1717 Old Fannin Rd<br>Flowood, MS 39232-9004 |
| Barclay Credit Card<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Capital One Card Services<br>Bankruptcy Dept<br>Po Box 30285<br>Salt Lake Cty, UT 84130-0285 | Certegy Check Services<br>Notice Only<br>Po Box 908<br>Grand Jct, CO 81502-0908 |
| Chase Card Services<br>Po Box 6294<br>Carol Stream, IL 60197-6294 | ChexSystems<br>Notice Only<br>2900 Lone Oak Pkwy Ste 125<br>Eagan, MN 55121-1594 | CoreLogic Credco LLC<br>Notice Only<br>Po Box 509124<br>San Diego, CA 92150-9124 |
| Dept of Ed c/o US Attorney DC<br>Notice Only<br>555 4th Street NW<br>Washington, DC 20530-0001 | Dept of Ed c/o US Attorney MS<br>Notice Only<br>501 E Court Street #4.430<br>Jackson, MS 39201-5025 | Dillards Bankruptcy Notices<br>Bankruptcy Notices<br>Po Box 522<br>Des Moines, IA 50306-0522 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Early Warning Services<br>Notice Only<br>5801 N Pima Rd<br>Scottsdale, AZ 85250-2635 | (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 |
| Experian<br>Notice Only<br>Po Box 2002<br>Allen, TX 75013-2002 | First Premier Bank<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Hon John Simpson<br>Po Box 2058<br>Madison, MS 39130-2058 |
| IRS<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | IRS c/o US Attorney DC<br>Notice Only<br>555 4th Street NW<br>Washington, DC 20530-0001 | IRS c/o US Attorney MS<br>Notice Only<br>501 E Court St Ste 4.430<br>Jackson, MS 39201-5025 |
| Innovis Consumer Assistance<br>Notice Only<br>Po Box 530088<br>Atlanta, GA 30353-0088 | JAMS<br>Notice Only<br>18881 Von Karman Ave 350<br>Irvine, CA 92612-6589 | JCPenney Card Services<br>Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Jackson VA FCU<br>240 Briarwood Dr<br>Jackson, MS 39206-3027 | MS Dept of Revenue<br>Bankruptcy Department<br>Po Box 22808<br>Jackson, MS 39225-2808 | Magnolia FCU<br>Bankruptcy Dept<br>240 Briarwood Dr<br>Jackson, MS 39206-3027 |

| | | |
|---|---|---|
| PayPal Credit Card<br>Legal Notices<br>2211 N 1st St<br>San Jose, CA 95131-2021 | Telecheck<br>Notice Only<br>Po Box 6806<br>Hagerstown, MD 21741-6806 | Tower Loan<br>2155 Highway 18 Ste D<br>Brandon, MS 39042-2774 |
| Transunion<br>Notice Only<br>2 Baldwin Pl<br>Crum Lynne, PA 19022-1370 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | (p)EILEEN N SHAFFER<br>P O BOX 1177<br>JACKSON MS 39215-1177 |
| Rachel Coxwell<br>Coxwell Attorneys<br>1675 Lakeland Drive Suite #102<br>Jackson, MS 39216-4850 | Sherry Mallett Jackson<br>2649 Highway 471<br>Brandon, MS 39047-8596 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Aldous & Associates PLLC<br>Po Box 171374<br>Salt Lake Cty, UT 84117-1374 | Bank of America Card Services<br>Bankruptcy Dept<br>Po Box 982234<br>El Paso, TX 79998-2234 | Discover Credit Card<br>Bankruptcy Dept.<br>Po Box 30943<br>Salt Lake City, UT 84130-0943 |
| Equifax Info Services<br>Notice Only<br>Po Box 105314<br>Atlanta, GA 30348-5314 | Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215-1177 | End of Label Matrix<br>Mailable recipients     37<br>Bypassed recipients      0<br>Total                   37 |