**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**TRUSTEE'S SECOND STATUS REPORT**
**MCAM LIQUIDATION TRUST**

Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Trust***"), which was created pursuant to the Amended Subchapter V Plan; Plan of Liquidation (the "***Plan***"), confirmed by Order dated January 23, 2025 [ECF Doc. 934], with a Plan Effective Date of April 8, 2025 [ECF Doc 959],  hereby submits this second status report of the Trust with attached financial summary of the receipts and disbursements through May 3, 2026 attached as **Exhibit A**:

**ADVERSARY PROCEEDING**: Mississippi Center for Advanced Medicine, P.C. v. Spencer K. Sullivan, M.D. Case No. 25-00008-JAW

- The Plaintiff and the Defendant have reached an amicable resolution, and the Trustee filed the *Joint Motion to Approve Compromise Pursuant to Fed. R. Bankr. P. 9019* [ECF Doc. 18] (the "***Motion***"), which was approved by *Order Approving Compromise Pursuant to Fed. R. Bankr. P. 9019* (the "***9019 Order*** file the proper pleadings with the Court regarding the settlement, once the parties have completed due diligence.

- David Wheeler, of Wheeler and Wheeler, PLLC, provided legal services to transfer the property from 4TK and Dr. Sullivan to the Liquidating Trust.  There were issues with

1

the property title that needed to be resolved prior to the transfer, and potential claims are being investigated.

- The property is currently listed for sale with realtor, Mark S. Bounds, CCIM, SIOR with Mark S. Bounds Realty Partners, Inc.

- The property has been cleaned and partially clear, and subject to a marking campaign to sell.  The cost to partially clear the property was $6,000.00

**MEDICAL RECORDS:**

- Pursuant to the terms of the *Order* [ECF Doc. 999] on the *Motion Approving Patient Notice and Destruction Procedures and Related Relief Regarding Patient Records* [ECF Doc. 956], the Trust mailed the notice to the identified patients and filed the appropriate notices in the publications [See Notice, ECF Doc. 1019].    The Trust sent the notices to the identified patients at the last known address by the Debtor.      To the extent that any notices were returned undeliverable, the Trust made reasonable efforts to determine updated addresses and resent the notices.

- After the 365-day period of the publications, which date was March 24, 2026, on April 1, 2026, the Trustee contacted the U.S. Department of Health and Human Services to inquire whether the agency wants a to take possession of the medical records.  To date, the Trustee has received no response.  The Trustee will file a motion with the Court seeking to destroy the medical records. See 11 U.S.C. § 351(2) and FRBP 6001(d) and 6001(c).

- Pursuant to the Medical Record Storage and Release Services Agreement, the records are stored and requests for records are fulfilled. To date, from January 2025 through March 2026, approximately 424 requests for medical records have been received and processed.

- All servers were moved offsite from the MCAM operating location and are stored with MedRec, with offsite storage for a backup server, which was completed by Next Step Innovation (IT Services).

- Billing related services (insurance claims) have now shut off, and the Trust is no longer paying for these services.

**401(k) PLAN:**

- As of November 14, 2025, all funds in the 401(k) were returned to participants.  All distributions of CN 130710 MS Center for Advanced Medicine PC have been completed and there are no more funds remaining in the John Hancock Account, there are no more remaining issues and the account is terminated.

**PLAN PAYMENTS**:

Class 1: Administrative Claims:

- Ordinary Trade Debt: Pursuant to the Plan, trade debt incurred by the Debtor was paid in the ordinary course of business by either the Debtor or the Trust.

- Payments to Employed Professionals, the Subchapter V Trustee, and  Accountants: Professionals and Accountants asserting claims under 11 U.S.C. § 503 or § 507 were paid pursuant to final orders, and no amounts are outstanding.

- Payments to holders of Section 503(b)(9) Claims in the amount of $1,906,523.10: These claims were paid by the Trust, and the Trust is unaware of any remaining outstanding amounts owed.

3

Class 2: Priority Claims

- Any such claims, if there were any, were paid prior to the formation of the Trust. Note any post-petition tax claims were paid in the ordinary course of business, and the Trustee is unaware of any remaining outstanding amounts owed.

Class 3: Secured Claims of BankPlus

- The Trustee paid any remaining amounts owed to BankPlus out of cash on hand by the Trust, and is unaware of any remaining outstanding amounts owed.

Class 4: Secured Claims of Community Bank of Mississippi

- The Trustee paid any remaining amounts owed to Community Bank of Mississippi out of cash on hand by the Trust, and is unaware of any remaining outstanding amounts owed. See ECF Doc. 1006.

Class 5: Secured Claims of McKesson Pharmaceutical

- The Trustee paid McKesson Pharmaceutical pursuant to the terms of the Agreed Order Resolving Liquidation Trustee's Objections to McKesson Corporations Proofs of Claim and Application for Allowance of Administrative Expenses [ECF Doc. 1021] and the Trust is unaware of any remaining outstanding amounts owed.

Class 6: Secured Claims of McKesson Specialty Care Distribution

- The Trustee paid McKesson Specialty Care Distribution pursuant to the terms of the Agreed Order Resolving Liquidation Trustee's Objections to McKesson Corporations Proofs of Claim and Application for Allowance of Administrative Expenses [ECF Doc. 1021] and us unaware of any remaining outstanding amounts owed.

Class 7: General, Unsecured Claims

- Pursuant to the terms of the Plan, payments to Unsecured Creditors shall be made on or withing eighteen (18) months of the Effective Date of the Plan. The Effective Date of the Plan is April 8, 2025, making the distribution deadline on or before October 8, 2026.

- The Trustee anticipates filing a motion with the Court detailing the holders of any allowed claims in Class 7, including the asserted amount, and seeking approval of same in advance of any distribution.

**CONTRACT REJECTION PAYMENTS**:

- Pursuant to *the Order Granting Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 3002 and 6006 Authorizing the Rejection of Executory Contracts and Unexpired Leases of the Debtor* [ECF Doc. 928]. The Trust made the payments for the rejection damage claims as indicated in the order, and the deadline to file a claim under 11 U.S.C. §§ 365, 503, or 507 has expired, and any such claim is now time barred.

**OTHER MATTERS**:

- Smith Rouchon & Associates is continuing to collect outstanding patients' accounts receivable, that is the personal responsibility of the patients.  There are no additional insurance claims pending that are deemed collectible.

- All furniture, fixtures and equipment have been liquidated.

- The deadline for employees to withdraw funds from the FSA was April 30, 2025, according to IRS rules. The FSA account was closed and the amount remaining on deposit of $19,240.75 was transferred to the Debtor's operating account with BankPlus.

- Research sponsors were contacted regarding the disposition of the research files. The remaining files were returned to the sponsors, and any outstanding research sponsor payments have been collected.

- Tax returns were filed for the 2024 operating year, and the accounting firm of Stephen Smith, CPA is engaged to assist the Trustee in filing the 2025 returns (in progress) and any required returns until the Trust is terminated.

Dated: May 4, 2026

Respectfully submitted:

*/s/Greta M. Brouphy*
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Trustee***

6

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, a copy of the foregoing was served through this Court's

CM/ECF Notification System upon the following:

- **Sheldon G. Alston**    salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey**    jeb.bailey@butlersnow.com
- **Greta Manning Brouphy**    gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper**    ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **Jeffrey Garfinkle**    jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle**    , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno**    cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee**    robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy**    sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt**    thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson**    tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux**    chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith**    cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman**    wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble**    dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell**    tpresnell@bradley.com, rboswell@bradley.com
- **Elizabeth Charlene Priester**    ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- **Melvin Priester**    mpriester@priesterlawfirm.com
- **Jeff D. Rawlings**    Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins**    trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@

7

therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

- **Eileen N. Shaffer**    eshaffer@eshaffer-law.com
- **John S. Simpson**    jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson**    rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith**    asmith@bakerdonelson.com
- **Christopher J. Steiskal**    csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi**    ktarazi@buchalter.com
- **United States Trustee**    USTPRegion05.JA.ECF@usdoj.gov
- **Burton S Weston**    bweston@garfunkelwild.com

/s/ *Greta M. Brouphy*
Greta M. Brouphy