**Date Submitted:** 05/03/26

Page:  1

# Cash Flow Report

| | |
|---|---|
| **Case** : | 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) |
| **Date Filed** : | 04/21/23 |
| **Period Encoding** : | 05/03/26 |

| | |
|---|---|
| **Trustee** : | Greta M. Brouphy (380580) |
| **Depository** : | Western Alliance Bank |
| **Account Number** : | 2200001411 |
| **Account Name** : | Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 02/11/25 | + Receipt Adjustment | Transfer Credit from East West Bank acct XXXXXX0281 | Transition Credit from East West Bank acct XXXXXX0281 | 9999-000 | $ 600,000.00* | $ 600,000.00 |
| 02/28/25 | Fee:1 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$ 400.00 | $ 599,600.00 |
| 03/28/25 | Service Fee Credit Adj:2 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | $ 400.00 | $ 600,000.00 |
| 04/24/25 | Deposit:100000 | Anthem | Receipt | 1290-000 | $ 0.23 | $ 600,000.23 |
| 04/24/25 | Deposit:100001 | SS&C | Receipt | 1290-000 | $ 3,672.87 | $ 603,673.10 |
| 04/24/25 | Deposit:100002 | Stacey Philley 417 Glendale Pl Brandon, MS 39047 | Receipt - Patient | 1290-000 | $ 100.00 | $ 603,773.10 |
| 04/24/25 | Deposit:100003 | Shannon Gail Gray 30228 Bigee Cutoff Rd Amory, MS 38821 | Receipt - Patient | 1290-000 | $ 20.95 | $ 603,794.05 |
| 04/25/25 | Deposit:100004 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,759.39 | $ 605,553.44 |
| 04/25/25 | Deposit:100005 | Stephanie D. Barnes 1169 Harris Rd McComb, MS 39648 | Receipt - Payment | 1290-000 | $ 93.18 | $ 605,646.62 |
| 04/29/25 | Deposit:100006 | Elizabeth Loomis 2040 Petit Bois St Jackson, MS 39211 | Pymt Account No. 1003930679 | 1290-000 | $ 186.00 | $ 605,832.62 |
| 04/29/25 | Deposit:100007 | Trace Dry Cleaners and Laundry 191 Reunion Madison, MS 39110 | Pymt for Acct. # 1003412033 | 1290-000 | $ 80.00 | $ 605,912.62 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page: 2

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 05/12/25 | Check:10001 | Medrec Request, LLC 129 Executive Drive Ste. A Madison, MS 39110 | Invoice No. 002302 | 8500-000 | -$ 9,727.23 | $ 596,185.39 |
| 05/13/25 | Deposit:100008 | S.R. Boyd 366 Kersh Rd Brandon, MS 39042 | Payment | 1290-000 | $ 36.26 | $ 596,221.65 |
| 05/13/25 | Deposit:100009 | S. Latiker PO Box 1233 Carthage, MS 39051 | Payment | 1290-000 | $ 25.00 | $ 596,246.65 |
| 05/13/25 | Deposit:100010 | SS & C | DST Pharmacy Solutions Network for Period Ending 11/30/2024 | 1290-000 | $ 1,799.14 | $ 598,045.79 |
| 05/13/25 | Deposit:100011 | FIS Payments LLC PO Box 7236 Philadelphia, PA 39350 | Payment | 1290-000 | $ 50.00 | $ 598,095.79 |
| 05/22/25 | Deposit:100012 | Brad or Erin S. Rogers 226 Arbor Trails Brandon, MS 39047 | Account Payment | 1290-000 | $ 40.00 | $ 598,135.79 |
| 05/22/25 | Deposit:100013 | Medical Equipment Exchange dba MedEx 1330 Cynthia Road Clinton, MS 39056 | Equipment Sale Proceeds | 1290-000 | $ 1,040.00 | $ 599,175.79 |
| 05/22/25 | Deposit:100014 | Larkin Kennedy Jenny Ruth Kennedy 802 Beechwood Drive Meridian, MS 39305 | Patient Payment | 1290-000 | $ 201.00 | $ 599,376.79 |
| 05/29/25 | Incoming wire:3 | Mississippi Center for Advanced Medicine, P.C. (trust) | WIRE IN;ORG-MISSISSIPPI CENTER FOR ADVANCED MED;OBI-GRETA M B | 1290-000 | $ 875,000.00 | $ 1,474,376.79 |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:   3

## Cash Flow Report

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case** | : | 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** | : | Greta M. Brouphy (380580) | |
| **Date Filed** | : | 04/21/23 | **Depository** | : | Western Alliance Bank | |
| **Period Encoding** | : | 05/03/26 | **Account Number** | : | 2200001411 | |
| | | | **Account Name** | : | Checking Account | |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 06/05/25 | Incoming wire:4 | Mississippi Center for Advanced Medicine, P.C. | WIRE IN;ORG-MISSISSIPPI CENTER FOR ADVANCED MED;OBI-GRETA BRO | 1290-000 | $ 875,000.00 | $ 2,349,376.79 |
| 06/13/25 | Deposit:100015 | Jeremy Granger 282 Chestnut HL Ridgeland, MS 39157 | Patient Payment Acct. # 1003435666 | 1290-000 | $ 35.80 | $ 2,349,412.59 |
| 06/13/25 | Deposit:100016 | Stacey Philley 417 Glendale Pl Brandon, MS 39047 | Patient Payment Acct. # 1003843469 | 1290-000 | $ 30.00 | $ 2,349,442.59 |
| 06/13/25 | Deposit:100017 | MS Band of Choctaw Indians Office of Finance & Accounting PO Box 6090/101 Industrial Road Choctaw, MS 39350 | Refund | 1290-000 | $ 164.23 | $ 2,349,606.82 |
| 06/13/25 | Deposit:100018 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 917.64 | $ 2,350,524.46 |
| 06/13/25 | Check:10002 | The Hartford P O Box 660916 Dallas , TX 39110-6115 | Acct. Number 17614122/Mississippi Center for Advanced Medicine | 8500-000 | -$ 1,440.00 | $ 2,349,084.46 |
| 06/13/25 | Check:10003 | FedEx Freight Dept CH PO Box 10306 Palatine, IL 60055-0306 | Cust. # 504811700 | 8500-000 | -$ 224.55 | $ 2,348,859.91 |
| 06/13/25 | Check:10004 | Hinds County Tax Collector 316 S President Street Jackson, MS 39201 | Acct. No. 52256 | 8500-000 | -$ 1,762.41 | $ 2,347,097.50 |
| 06/13/25 | Check:10005 | Medrec Request, LLC 129 Executive Drive, Ste. A Madison, MS 39110 | Invoice No. 002303 | 8500-000 | -$ 13,658.10 | $ 2,333,439.40 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page: 4

# Cash Flow Report

| | |
|---|---|
| **Case** : | 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) |
| **Date Filed** : | 04/21/23 |
| **Period Encoding** : | 05/03/26 |

| | |
|---|---|
| **Trustee** : | Greta M. Brouphy (380580) |
| **Depository** : | Western Alliance Bank |
| **Account Number** : | 2200001411 |
| **Account Name** : | Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 06/13/25 | Check:10006 | Novitas Solutions, Inc. PO Box 3063 Mechanicsburg, PA 17055-1806 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,332,439.40 |
| 06/13/25 | Stop:10007 | Cotiviti, LLC Spring Mill Corporate Center 555 E North Lane Ste 6125 Conshohocekn, PA 19428 | Rejection Claim Payment Stopped: 09/26/25 $1,000.00 | 8500-000 | $ 0.00 | $ 2,332,439.40 |
| 06/13/25 | Stop:10008 | UPIC 14643 Dallas Pkwy Ste 400 Dallas, TX 75254 | Rejection Claim Payment Stopped: 09/26/25 $1,000.00 | 8500-000 | $ 0.00 | $ 2,332,439.40 |
| 06/13/25 | Check:10009 | C2C Innovative Solutions Inc Medicare Part B South QIC Contractor PO Box 45301 Jacksonville, FL 32232-5301 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,331,439.40 |
| 06/13/25 | Stop:10010 | Asset Protection Unit Inc. Po Box 33061 Amarillo, TX 79120 | Rejection Claim Payment Stopped: 09/26/25 $1,000.00 | 8500-000 | $ 0.00 | $ 2,331,439.40 |
| 06/13/25 | Check:10011 | Blue Cross of Mississippi 3545 Lakeland Drive Flowood, MS 39232 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,330,439.40 |
| 06/13/25 | Check:10012 | Advanced Health Systems, Inc. PO Box 3494 Jackson, MS 39207-3494 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,329,439.40 |
| 06/13/25 | Check:10013 | Blue Cross & Blue Shield of LA Attn: Network Administration Division PO Box 98029; 5525 Reitz Ave Baton Rouge, LA 70809-3802 | Rejection Damage Claims | 8500-000 | -$ 1,000.00 | $ 2,328,439.40 |
| 06/13/25 | Check:10014 | Mississippi Division of Medicaid 550 High St Ste 1000 Jackson, MS 39201 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,327,439.40 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:   5

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 06/13/25 | Stop:10015 | Humana Government Business Inc Attn: Network Development Dept 305 N Hurstbourne Pkwy 2B Louisville, KY 40222 | Rejection Claim Payment Stopped: 09/26/25 $1,000.00 | 8500-000 | $ 0.00 | $ 2,327,439.40 |
| 06/13/25 | Check:10016 | Humana, Inc. Attn:  Law Department 500 West Main St. Louisville, KY 40201 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,326,439.40 |
| 06/13/25 | Check:10017 | Magnolia Health Attn:  Legal Department 1020 Highland Colony Pkwy Ste 502 Ridgeland, MS 39157 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,325,439.40 |
| 06/13/25 | Stop:10018 | Molina Healthcare Attn:  Legal Department 1020 Highland Colony Pkwy Ste 602 Ridgeland, MS 39157 | Rejection Claim Payment Stopped: 09/26/25 $1,000.00 | 8500-000 | $ 0.00 | $ 2,325,439.40 |
| 06/13/25 | Stop:10019 | United Healthcare of MS Attn: Legal Department 795 Woodlands Pkwy Ste 301 Ridgeland, MS 39157 | Rejection Claim Payment Stopped: 09/26/25 $1,000.00 | 8500-000 | $ 0.00 | $ 2,325,439.40 |
| 06/13/25 | Check:10020 | Louisiana Department of Health Attn: LA Medicaid Legal Dept PO Box 629 Baton Rouge, LA 70821-0629 | Rejection Claim Payment | 8500-000 | -$ 1,000.00 | $ 2,324,439.40 |
| 06/13/25 | Check:10021 | Brunini, Grantham, Grower & Hewes, PLLC 190 East Capitol Street The Pinnacle Building, Suite 100 Jackson, MS 39201 | Per Order Dkt. 1026 | 6700-000 | -$ 14,412.62 | $ 2,310,026.78 |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:   6

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 06/16/25 | Check:10022 | Heller, Draper & Horn, LLC<br>650 Poydras Street<br>Suite 2500<br>New Orleans, LA 70130 | Fees/Expenses Payment Jan. 2025 through May 2025 | 8500-000 | -$ 51,353.15 | $ 2,258,673.63 |
| 07/03/25 | Deposit:100019 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,391.44 | $ 2,260,065.07 |
| 07/03/25 | Deposit:100020 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 7,645.75 | $ 2,267,710.82 |
| 07/03/25 | Deposit:100021 | John W Wilder<br>6743 Hwy 9 N<br>Pontotoc, MS 38863 | Patient Payment on Account | 1180-000 | $ 40.00 | $ 2,267,750.82 |
| 07/03/25 | Deposit:100022 | Medmonk<br>450 East Devon Avenue<br>Suite # 175<br>Itasca, IL 60143 | Rebate | 1290-000 | $ 365.63 | $ 2,268,116.45 |
| 07/09/25 | Deposit:100023 | Pharmacy Data Management, Inc.<br>8530 Crossroads Drive<br>Poland, OH 44514 | Refund Pharmacy | 1280-000 | $ 299.25 | $ 2,268,415.70 |
| 07/09/25 | Deposit:100024 | Sean P Banks<br>279 Western Hills Dr.<br>Jackson, MS 39212 | Patient Payment 1003483034 | 1290-000 | $ 157.00 | $ 2,268,572.70 |
| 07/09/25 | Check:10023 | The Rollins Law Firm, PLLC<br>P.O. Box 13767<br>Jackson, MS 39236 | Invoice # 7894 | 8500-000 | -$ 1,275.00 | $ 2,267,297.70 |
| 07/09/25 | - Receipt Adjustment:6 | Medmonk | Returned Deposit Adjustment for dep#100022 | 1290-000 | -$ 365.63 | $ 2,266,932.07 |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:  7

# Cash Flow Report

**Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST)
**Date Filed** : 04/21/23
**Period Encoding** : 05/03/26

**Trustee** : Greta M. Brouphy (380580)
**Depository** : Western Alliance Bank
**Account Number** : 2200001411
**Account Name** : Checking Account

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 07/21/25 | Deposit:100025 | Cellular South Inc 1018 Highland Colony Parkway Suite 300 Ridgeland, MS 39157 | C Spire Customer Refund | 1290-000 | $ 45.93 | $ 2,266,978.00 |
| 07/22/25 | Check:10024 | First American Abstract Company P.O. Box 320427 Flowood, MS 39232 | 4 TK Assets LLC | 8500-000 | -$ 600.00 | $ 2,266,378.00 |
| 07/22/25 | Check:10025 | The Rollins Law Firm, PLLC P.O. Box 13797 Jackson , MS 39236 | Invoice # 8039 | 8500-000 | -$ 386.50 | $ 2,265,991.50 |
| 07/22/25 | Check:10026 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | May 2025, June 2025 and July 2025 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 15,529.89 | $ 2,250,461.61 |
| 07/22/25 | Check:10027 | Medrec Request, LLC 129 Executive Drive Ste. A Madison, MS 39110 | Invoice No. 002306 | 8500-000 | -$ 22,327.09 | $ 2,228,134.52 |
| 07/23/25 | + Receipt Adjustment:5 | Southern Admin ACH | SOUTHERN ADMIN ACH Single 250723 31956 | 1290-000 | $ 1,914.11 | $ 2,230,048.63 |
| 08/12/25 | Deposit:100026 | Medical Equipment Exchange d/b/a MedEx 1330 Cynthia Road Clinton, MS 39056 | Per Agreement with MedEx to Sell Remaining Medical Equipment | 1290-000 | $ 400.00 | $ 2,230,448.63 |
| 08/12/25 | Deposit:100027 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 3,401.35 | $ 2,233,849.98 |
| 08/13/25 | Deposit:100028 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,160.72 | $ 2,235,010.70 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:  8

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 08/14/25 | Deposit:100029 | Performant P.O. Box 264 Biloxi, MS 39533 | CMS RAC Reimbursement | 1290-000 | $ 22.80 | $ 2,235,033.50 |
| 08/14/25 | Deposit:100030 | Healthtrust Purchasing Group 1100 MLK Blvd Suite 1100 Nashville, TN 37203 | Rebate | 1290-000 | $ 4.12 | $ 2,235,037.62 |
| 08/14/25 | Deposit:100031 | Healthtrust Purchasing Group 1100 MLK Blvd Suite 1100 Nashville, TN 37203 | Rebate | 1280-000 | $ 8.24 | $ 2,235,045.86 |
| 08/14/25 | Deposit:100032 | Raymond G. Scott 1482 Highway 15 S Laurel, MS 39443 | Patient Payment | 1290-000 | $ 15.16 | $ 2,235,061.02 |
| 08/14/25 | Deposit:100033 | Vizient PO Box 140909 Irving, TX 75014 | Rebate | 1290-000 | $ 1,372.64 | $ 2,236,433.66 |
| 08/14/25 | Deposit:100034 | Angela W Thompson 13800 RR 123 Philadelphia, MS 39350 | Patient Payment Invoice # 12097355 | 1290-000 | $ 54.28 | $ 2,236,487.94 |
| 08/14/25 | Check:10028 | Medrec Request, LLC 129 Executive Drive, Ste. A Madison, MS 39110 | Invoice #002311 July 2025 | 8500-000 | -$ 15,445.99 | $ 2,221,041.95 |
| 08/14/25 | Check:10029 | Heller, Draper & Horn, LLC 650 Poydras Street Suite 2500 New Orleans, LA 70130 | July and August 2025 Statements | 8500-000 | -$ 14,659.59 | $ 2,206,382.36 |
| 08/14/25 | Check:10030 | Wheeler & Wheeler, PLLC P.O. Box 264 Biloxi, MS 39533 | August 11, 2025 Invoice | 8500-000 | -$ 3,100.00 | $ 2,203,282.36 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26                                                                                      Page:   9

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 08/15/25 | Check:10031 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | August 2025 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,198,105.73 |
| 09/04/25 | Deposit:100035 | Smith., Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $ 718.96 | $ 2,198,824.69 |
| 09/04/25 | Deposit:100036 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,546.60 | $ 2,200,371.29 |
| 09/11/25 | Check:10032 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | September 2025 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,195,194.66 |
| 09/11/25 | Check:10033 | Medrec Request, LLC 129 Executive Drive, Ste. A Madison, MS 39110 | August 2025 Invoice No. 002312 | 8500-000 | -$ 16,475.07 | $ 2,178,719.59 |
| 09/13/25 | Check:10034 | Heller, Draper & Horn, LLC 650 Poydras Street Suite 2500 New Orleans, LA 70130 | Statement No. 48568 (Aug 2025) | 8500-000 | -$ 6,670.00 | $ 2,172,049.59 |
| 09/26/25 | Check:10035 | Louisiana Department of Revenue P.O. Box 91011 Baton Rouge, LA 70821-9011 | 2024 Tax | 8500-000 | -$ 1,090.00 | $ 2,170,959.59 |
| 09/26/25 | Check:10036 | Department of Revnue P.O. Box 23192 Jackson, MS 39225-3192 | 2024 Mississippi Tax | 8500-000 | -$ 25.00 | $ 2,170,934.59 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:   10

# Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 09/26/25 | Check:10037 | UPIC<br>Attn. Christopher Mabile<br>14643 Dallas Parkway, Suite 400<br>Dallas, TX 75254 | Rejection Claim Payment (re-issued) | 8500-000 | -$ 1,000.00 | $ 2,169,934.59 |
| 10/02/25 | Deposit:100037 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 544.52 | $ 2,170,479.11 |
| 10/02/25 | Deposit:100038 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,129.74 | $ 2,171,608.85 |
| 10/09/25 | Check:10038 | George Adams and Company Ins. Agy. LLC<br>4501 Cartwright Road<br>Suite 402<br>Missouri City, TX 77459 | Agent Bond | 8500-000 | -$ 3,750.00 | $ 2,167,858.85 |
| 10/09/25 | Check:10039 | Heller, Draper & Horn, LLC<br>650 Poydras Street<br>Suite 2500<br>New Orleans, LA 70130 | October 2025 Statement No. 48575 | 3991-000 | -$ 8,252.31 | $ 2,159,606.54 |
| 10/09/25 | Check:10040 | Southern Bancorp Bank<br>Attn:  Matt Trusty<br>P.O. Box 1155<br>Madison, MS 39130 | October 2025 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,154,429.91 |
| 10/09/25 | Check:10041 | Medrec Request, LLC<br>129 Executive Drive, Ste. A<br>Madison, MS 39110 | Inv # 002313 September 2025 | 3991-000 | -$ 9,823.71 | $ 2,144,606.20 |
| 10/31/25 | Fee:7 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$ 550.00 | $ 2,144,056.20 |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:  11

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 11/01/25 | Deposit:100039 | Smith, Rouchon & Assocates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,853.35 | $ 2,145,909.55 |
| 11/01/25 | Deposit:100040 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 410.31 | $ 2,146,319.86 |
| 11/01/25 | Deposit:100041 | Kemper County BOS DRP 3420 Highway 39 N Meridian, MS 39301 | Benefit Payment | 1290-000 | $ 1,491.00 | $ 2,147,810.86 |
| 11/01/25 | Check:10042 | Louisiana Department of Revenue Post Office Box 201 Baton Rouge, LA 70821-0201 | Notice of Tax Due 2024 Filing Year | 8500-000 | -$ 317.52 | $ 2,147,493.34 |
| 11/20/25 | Check:10043 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | November  2025 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,142,316.71 |
| 11/21/25 | Check:10044 | Madison County Chancery Clerk PO Box 404 Canton , MS 39046 | Recording Fee 4TK Property Transfer | 8500-000 | -$ 26.00 | $ 2,142,290.71 |
| 11/24/25 | Deposit:100042 | Duke Corporate Accounts Payable Box 104131 Durham, NC 27708 | Close Out Payment for Research Study 2024 | 1290-000 | $ 3,000.00 | $ 2,145,290.71 |
| 11/24/25 | Deposit:100043 | United States Postal Service | Patient Payment | 1290-000 | $ 5.00 | $ 2,145,295.71 |
| 11/24/25 | Deposit:100044 | Potum RX PO Box 15206 Minneapolis, MN 55412 | RX Rebate | 1290-000 | $ 11.29 | $ 2,145,307.00 |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page: 12

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 11/24/25 | Check:10045 | Medrec Request, LLC<br>129 Executive Drive, Ste. A<br>Madison, MS 39110 | Invoice No. 002315 | 8500-000 | -$ 9,136.46 | $ 2,136,170.54 |
| 11/24/25 | Check:10046 | Heller, Draper & Horn, LLC<br>650 Poydras Street<br>Suite 2500<br>New Orleans, LA 70130 | Statement No. 48579 | 8500-000 | -$ 3,038.60 | $ 2,133,131.94 |
| 12/01/25 | Fee:8 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$ 550.00 | $ 2,132,581.94 |
| 12/17/25 | Deposit:100045 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 774.66 | $ 2,133,356.60 |
| 12/17/25 | Deposit:100046 | Smith, Rouchon & Associates, Inc.<br>1456 Ellis Avenue<br>Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,454.64 | $ 2,134,811.24 |
| 12/18/25 | Check:10047 | Madison County Chancery Clerk<br>PO Box 404<br>Canton , MS 39046 | Recording Fee 4TK Property Transfer | 8500-000 | -$ 10.00 | $ 2,134,801.24 |
| 12/18/25 | Check:10048 | Heller, Draper & Horn, LLC<br>650 Poydras Street<br>Suite 2500<br>New Orleans, LA 70130 | Statement No. 48590 | 8500-000 | -$ 1,025.00 | $ 2,133,776.24 |
| 12/18/25 | Check:10049 | Medrec Request, LLC<br>129 Executive Drive<br>Ste. A<br>Madison, MS 39110 | Invoice No. 002316 | 8500-000 | -$ 10,191.90 | $ 2,123,584.34 |
| 12/18/25 | Check:10050 | Southern Bancorp Bank<br>Attn:  Matt Trusty<br>P.O. Box 1155<br>Madison, MS 39130 | December  2025 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,118,407.71 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page: 13

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 12/31/25 | Fee:9 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$ 550.00 | $ 2,117,857.71 |
| 01/03/26 | Deposit:100047 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 1,507.94 | $ 2,119,365.65 |
| 01/03/26 | Deposit:100048 | The Hemphilia Alliance Group Purchasing 2655 Ulmerton Road # 263 Clearwater, FL 33762 | Sanoifi rebate for Q2 2024 | 1290-000 | $ 15,842.29 | $ 2,135,207.94 |
| 01/03/26 | Deposit:100049 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1221-000 | $ 447.12 | $ 2,135,655.06 |
| 01/19/26 | Stop:10051 | Medrec Request, LLC 129 Executive Drive, Ste. A Madison, MS 39110 | Invoice No. 2317 (Dec. 2025) Stopped: 03/02/26 $9,297.33 | 8500-000 | $ 0.00 | $ 2,135,655.06 |
| 01/19/26 | Check:10052 | Heller, Draper & Horn, LLC 650 Poydras Street Suite 2500 New Orleans, LA 70130 | Statement No. 48590 (Dec. 2025) | 8500-000 | -$ 1,025.00 | $ 2,134,630.06 |
| 01/19/26 | Check:10053 | BMS Advisors & CPAs 1020 Highland Colony Parkway Suite 600 Ridgeland, MS 39157 | Invoice 339753, 341973, 344416 | 8500-000 | -$ 12,091.74 | $ 2,122,538.32 |
| 01/20/26 | Check:10054 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | January 2026 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,117,361.69 |
| 01/30/26 | Fee:11 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$ 550.00 | $ 2,116,811.69 |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26                                                                                              Page:   14

# Cash Flow Report

**Case**          :   23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED        **Trustee**           :   Greta M. Brouphy (380580)
                          MEDICINE, P.C. (TRUST)                                 **Depository**       :   Western Alliance Bank
**Date Filed**       :   04/21/23                                          **Account Number**  :   2200001411
**Period Encoding** :   05/03/26                                  **Account Name**    :   Checking Account

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 02/08/26 | Deposit:100050 | MS Band of Choctaw Indians Office of Finance & Accounting PO Box 6090/101 Industrial Road Choctaw, MS 39350 | Patient Reimbursement | 1290-000 | $ 116.37 | $ 2,116,928.06 |
| 02/09/26 | Check:10055 | Wheeler & Wheeler, PLLC P.O. Box 264 Biloxi, MS 39533 | January 30, 2026 Invoice | 8500-000 | -$ 1,900.00 | $ 2,115,028.06 |
| 02/23/26 | Check:10056 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | February 2026 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,109,851.43 |
| 02/24/26 | Deposit:100051 | Smith, Rouchon & Associates, Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $ 598.70 | $ 2,110,450.13 |
| 02/27/26 | Fee:12 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$ 550.00 | $ 2,109,900.13 |
| 03/05/26 | Deposit:100052 | Smith Rouchon & Associates Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $ 1,180.48 | $ 2,111,080.61 |
| 03/05/26 | Deposit:100053 | Smith Rouchon & Assocates Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $ 199.58 | $ 2,111,280.19 |
| 03/05/26 | Deposit:100054 | Smith Rouchon & Associates Inc. 1456 Ellis Avenue Jackson, MS 39204 | Patient Account Recovery | 1290-000 | $ 1,167.79 | $ 2,112,447.98 |
| 03/30/26 | Check:10057 | Medrec Request, LLC 2064 Main Street Bldg. A Madison, MS 39110 | Invoice 002317 | 8500-000 | -$ 9,297.33 | $ 2,103,150.65 |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page:   15

## Cash Flow Report

| | |
|---|---|
| **Case** : 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** : Greta M. Brouphy (380580) |
| **Date Filed** : 04/21/23 | **Depository** : Western Alliance Bank |
| **Period Encoding** : 05/03/26 | **Account Number** : 2200001411 |
| | **Account Name** : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| 03/30/26 | Check:10058 | Medrec Request, LLC 2064 Main Street Bldg. A Madison, MS 39110 | Invoice 002318 | 8500-000 | -$ 10,718.68 | $ 2,092,431.97 |
| 03/30/26 | Check:10059 | Medrec Request, LLC 2064 Main Street Bldg. A Madison, MS 39110 | Invoice 002319 | 8500-000 | -$ 10,123.78 | $ 2,082,308.19 |
| 03/31/26 | Fee:13 | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | -$ 550.00 | $ 2,081,758.19 |
| 04/03/26 | Check:10060 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | March 2026 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,076,581.56 |
| 04/03/26 | Check:10061 | Southern Bancorp Bank Attn:  Matt Trusty P.O. Box 1155 Madison, MS 39130 | April 2026 Payments Loan Number 4854709, 4 TK Assets, LLC | 8500-000 | -$ 5,176.63 | $ 2,071,404.93 |
| 04/07/26 | Check:10062 | Trunnel Trucking Inc. 345 Brame Road Ridgeland , MS 39157 | Site Work Property | 8500-000 | -$ 6,000.00 | $ 2,065,404.93 |
| 04/16/26 | Deposit:100055 | Smith Rouchon & Associates, Inc. 1456 Ellis Ave Jackson, MS 39204 | Patient Account Recovery | 1180-000 | $ 702.68 | $ 2,066,107.61 |
| 04/16/26 | Deposit:100056 | Smith Rouchon & Associates, Inc. 1456 Ellis Ave Jackson, MS 39204 | Patient Account Recovery | 1180-000 | $ 1,148.30 | $ 2,067,255.91 |

* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

## Cash Flow Report

| | | | | |
|---|---|---|---|---|
| **Case** | : | 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) | **Trustee** | : Greta M. Brouphy (380580) |
| | | | **Depository** | : Western Alliance Bank |
| **Date Filed** | : | 04/21/23 | **Account Number** | : 2200001411 |
| **Period Encoding** | : | 05/03/26 | **Account Name** | : Checking Account |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Account Balance |
|---|---|---|---|---|---|---|
| | | | | | **Account Balance:** | **$ 2,067,255.91** |

| | | | |
|---|---|---|---|
| **Total Deposits:** | **$ 1,812,487.32** | **Credit Adjustments:** | **$ 400.00** |
| **Total Disbursed:** | **-$ 347,179.89** | **Debit Adjustments:** | **$ 601,548.48** |

\* Denotes A Transfer Of Funds

**Date Submitted:** 05/03/26

Page: 17

## Cash Flow Report

| | |
|---|---|
| **Case** : | 23-00962 JAW MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C. (TRUST) |
| **Date Filed** : | 04/21/23 |
| **Period Encoding** : | 05/03/26 |

| | |
|---|---|
| **Trustee** : | Greta M. Brouphy (380580) |
| **Depository** : | East West Bank |
| **Account Number** : | 9702500281 |
| **Account Name** : | Checking |

| Trans. Date | Type | Paid To/Received From | Description of Transaction | UTC | Transaction Amount | Checking Balance |
|---|---|---|---|---|---|---|
| 01/29/25 | Deposit:10001 | Mississippi Center for Advanced Medicine, P.C. (trust) 7731 Old Canton Road Suite B Madison, MS 39110 | Dec 2024 Payment | 1290-000 | $ 6,000,000.00 | $ 6,000,000.00 |
| 01/30/25 | Deposit:10002 | Mississippi Center for Advanced Medicine, P.C. (trust) 7731 Old Canton Road Suite B Madison, MS 39110 | Liquidation Trust Funds | 1290-000 | $ 600,000.00 | $ 6,600,000.00 |
| 01/30/25 | Deposit Reversal:1 | Mississippi Center for Advanced Medicine, P.C. (trust) 7731 Old Canton Road Suite B Madison, MS 39110 | Deposit Reversal: Dec 2024 Payment | 1290-000 | -$ 6,000,000.00 | $ 600,000.00 |
| 02/11/25 | + Disbursement Adjustment | Transfer Debit to Western Alliance Bank acct XXXXXX1411 | Transition Debit to Western Alliance Bank acct XXXXXX1411 | 9999-000 | -$ 600,000.00* | $ 0.00 |

| | | |
|---|---|---|
| | **Account Balance:** | **$ 0.00** |

| | | | |
|---|---|---|---|
| **Total Deposits:** | $ 6,600,000.00 | **Credit Adjustments:** | -$ 600,000.00 |
| **Total Disbursed:** | $ 0.00 | **Debit Adjustments:** | -$ 6,000,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Case Total Deposits:** | $ 8,412,487.32 | **Case Credit Adjustments:** | -$ 599,600.00 | **Case Balance:** | $ 2,067,255.91 |
| **Case Total Disbursed:** | -$ 347,179.89 | **Case Debit Adjustments:** | -$ 5,398,451.52 | | |

\* Denotes A Transfer Of Funds