**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**TRUSTEE'S MOTION TO DIRECT THE RELEASE**
**OF FUNDS HELD BY BANKPLUS**

Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Liquidation Trust***"), hereby submits this *Trustee's Motion to Direct the Release of Funds Held by BankPlus* ("***Motion***"). In support of the Motion, the Trustee avers as follows:

**JURISDICTION AND AUTHORITY**

1. The Bankruptcy Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334, and the relief sought is a core proceeding under 28 U.S.C. § 157(b)(2). The statutory authority for the Motion is 11 U.S.C. § 105(a), which grants this Bankruptcy Court the authority to issue any order necessary or appropriate, and 11 U.S.C. § 1123(a)(5), providing for the adequate means of the implementation of the Plan.

**BACKGROUND AND PROCEDURAL HISTORY**

2. On December 18, 2024, the Bankruptcy Court held the confirmation hearing for the *Third Amended Subchapter V Plan; Plan of Liquidation* [ECF Doc. 798] ("***Plan***"). On January 23, 2025, the Bankruptcy Court entered the *Order Confirming Third Amended Subchapter V Plan; Plan of Liquidation* [ECF Doc. 934] (the "***Confirmation Order***"). The Confirmation Order established the Liquidation Trust.

3. On January 30, 2025, the Trustee filed the *Notice of Liquidation Trust Agreement* [ECF Doc. 942]. The Liquidation Trust Agreement governs the administration of the MCAM Liquidation Trust. The Trustee was appointed as the liquidation trustee, still serves in this capacity, and has authority to bring this Motion pursuant to the terms of the Plan and the Trust Agreement. The effective date of the Trust Agreement is January 1, 2025 (the "***Trust Effective Date***").

4. The Debtor, on February 24, 2025, filed the *Notice of Plan Effective Date* [ECF Doc. 959], indicating that under the terms of the Plan and the Confirmation Order, the Effective Date of the Plan is April 8, 2025.

5. While completing due diligence directed towards winding down the Liquidation Trust, it was discovered that the following accounts in the name of the Debtor on deposit with BankPlus remain open: (i) xxx 7976 – Commercial Analysis Checking (approximately $159,000); (ii) xxx 5471 – MCAM Medical Account (approximately $1,000); and (iii) xxx 4434 – MCAM Pharmacy Account (approximately $1,000) (collectively referred to herein as the "***BankPlus Accounts***").

6. The MCAM Medical Account and the MCAM Pharmacy Account are listed in Part 1 of Schedule A/B [ECF Doc. 115] and were included in the monthly operating reports. The Commercial Analysis Checking account was not included in the schedules or the monthly reports, but information available to the Liquidation Trust is that this account remains open and in the name of the Debtor and was open prior to the Petition Date.

## RELIEF REQUESTED

7. By this Motion, the Trustee seeks entry of an order, substantially in the form attached hereto as ***Exhibit A*** directing BankPlus to close the BankPlus Accounts and transfer the funds on deposit to the Liquidation Trust, and to review its records to determine if there are any

additional accounts opened with funds on deposit in the name of the Debtor. The funds are to be transferred to the Liquidation Trust in the form of a cashier's check, made payable to "Greta M. Brouphy, Trustee" and mailed to the undersigned's address within 3 business days of any order granting this Motion becoming a final non-appealable order.

8. The Trust Agreement expressly defines the Liquidation Trust Assets "shall include all Assets of the Debtor as indicated in the Plan, the filed schedules, and any property determined to be an asset of the estate including all proceeds therefrom." See Trust Agreement Article I, 1.03. Pursuant to Section 105(a), this Bankruptcy Court can issue an appropriate order necessary to complete the administration of this case.

9. In a Subchapter V case, property of the estate is defined by 11 U.S.C. § 541, plus post-petition property and earnings acquired before the case closes. A Subchapter V debtor-in-possession, under 11 U.S.C. § 1186(b), shall remain in possession of all property of the estate.

10. As the BankPlus accounts are in the name of the Debtor, and the Debtor's former officers are signatories, the Trustee does not have authority to formally withdraw the funds and close the accounts without an order directing BankPlus to release the funds to the Liquidation Trust. Further, the Trustee appreciates that BankPlus must follow banking regulations and its own regulations, which require the written consent of the Debtor's principals to either withdraw the funds, or to modify the accounts to the name of the Liquidation Trust. At the time, the principals are no longer available to complete such requirements, therefore, the Trustee is seeking an order from this Bankruptcy Court directing BankPlus to close the BankPlus accounts and any other account in the name of the Debtor, and to tender the funds to the Liquidation Trust.

11. Through Walt Rogers, with MedRec, who is a professional working for the Liquidation Trust, the Trustee is under the belief that BankPlus does not oppose the relief requested herein, and is aware of the situation.

**WHEREFORE**, the Trustee respectfully requests that the Bankruptcy Court enter an order, substantially in the form attached hereto as ***Exhibit A***, directing BankPlus to close the BankPlus Accounts and any other accounts in the name of the Debtor, and tender payment to the Liquidation Trust, and granting such other and further relief as the Bankruptcy Court deems just and equitable.

Dated: August 19, 2026

Respectfully submitted:

*/s/Greta M. Brouphy*
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Liquidation Trustee for the MCAM Liquidation Trust***

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served through the Bankruptcy Court's CM/ECF Notification system as follows:

- **Sheldon G. Alston** salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey** jeb.bailey@butlersnow.com
- **Greta Manning Brouphy** gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper** ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com

- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle** , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno** cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee** robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy** sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt** thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson** tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux** chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith** cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman** wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble** dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell** tpresnell@bradley.com, rboswell@bradley.com
- **Elizabeth Charlene Priester** ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- **Melvin Priester** mpriester@priesterlawfirm.com
- **Jeff D. Rawlings** Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins** trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- **Eileen N. Shaffer** eshaffer@eshaffer-law.com
- **John S. Simpson** jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson** rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith** asmith@bakerdonelson.com
- **Christopher J. Steiskal** csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi** ktarazi@buchalter.com
- **United States Trustee** USTPRegion05.JA.ECF@usdoj.gov
- **Burton S Weston** bweston@garfunkelwild.com

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the attached mailing matrix, via U.S. Mail, First Class with prepaid postage.

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the following, via U.S. Mail, First Class with prepaid postage.

**Thomas R. Hudson**
400 Concourse, Suite 200
1068 Highland Colony Parkway
Ridgeland, MS 39157
Representing BankPlus

**BankPlus**
1068 Highland Colony Parkway
400 Concourse
Ridgeland, MS 39157

/s/ *Greta M. Brouphy*
Greta M. Brouphy