**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**ORDER GRANTING TRUSTEE'S MOTION TO DIRECT THE RELEASE OF FUNDS HELD BY BANKPLUS**

THIS MATTER came before the Court upon the *Trustee's Motion to Direct the Release of Funds Held by BankPlus* (the "***Motion***") filed by Greta M. Brouphy, in her capacity as Liquidating Trustee (the "***Trustee***") of the MCAM Liquidation Trust (the "***Liquidation Trust***"). The Court, having reviewed the Motion and the record in this case, having determined that notice was proper and sufficient, and finding that the relief requested is in the best interests of the Trust and its beneficiaries and is authorized under the *Amended Subchapter V Plan of Liquidation* (the "***Plan***"), the Bankruptcy Code, and applicable law, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. BankPlus is directed to close and tender payment to the Liquidation Trust for: (i) xxx 7976 – Commercial Analysis Checking (approximately $159,000); (ii) xxx 5471 – MCAM Medical Account (approximately $1,000); and (iii) xxx 4434 – MCAM Pharmacy Account (approximately $1,000) (collectively referred to herein as the "***BankPlus Accounts***").

3. Payment should be in the in the form of a cashier's check, made payable to "Greta M. Brouphy, Trustee" and mailed to Greta M. Brouphy, Trustee, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation), 601 Poydras Street, Suite 2775, New Orleans, Louisiana 70130 within 3 business days of this Order becoming a final non-appealable order.

4. The Trustee is authorized to execute and deliver any documents and take any actions reasonably necessary to implement and effectuate the terms of this Order.

5. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, enforcement, or administration of this Order and the relief granted herein.

### END OF ORDER ###