**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**NOTICE OF FILING AND OBJECTION DEADLINES:**

**TRUSTEE'S MOTION TO DIRECT THE RELEASE**
**OF FUNDS HELD BY BANKPLUS**

TO: ALL CREDITORS AND INTERESTED PARTIES:

You are hereby notified that Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Liquidation Trust***"), which was established pursuant to the *Amended Subchapter V Plan; Plan of Liquidation* (the "***Plan***"), confirmed by *Order* dated January 23, 2025 [ECF Doc. 934], with a Plan Effective Date of April 8, 2025 [ECF Doc 959], hereby filed the *Trustee's Motion to Direct the Release of Funds Held by BankPlus* (the "***Motion***") [ECF Doc. 1037] seeking an order directing BankPlus to close and tender payment of the funds on deposit to the Liquidation Trust for: (i) xxx 7976 – Commercial Analysis Checking (approximately $159,000); (ii) xxx 5471 – MCAM Medical Account (approximately $1,000); (iii) xxx 4434 – MCAM Pharmacy Account (approximately $1,000); and (iv) any account held by BankPlus in the name of the Debtor.

A copy of the Motion is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said court, or obtained from the Trustee by asking for a copy from the Trustee via email: gbrouphy@lawla.com. If no

objections are filed within twenty (21) days from the date of the Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 501 E. Court Street, Jackson, MS 39201, and a copy served upon Greta M. Brouphy, Trustee, 650 Poydras Street, Suite 2500, New Orleans, LA 70130, the Court will consider the Motion ex-parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

SO NOTICED, this 19th day of August 2026.

Respectfully submitted:

*/s/Greta M. Brouphy*
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Liquidation Trustee for the MCAM Liquidation Trust***

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served through the Bankruptcy Court's CM/ECF Notification system as follows:

- **Sheldon G. Alston** salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey** jeb.bailey@butlersnow.com
- **Greta Manning Brouphy** gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper** ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle** , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno** cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee** robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy** sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt** thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson** tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux** chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith** cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman** wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble** dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell** tpresnell@bradley.com, rboswell@bradley.com
- **Elizabeth Charlene Priester** ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- **Melvin Priester** mpriester@priesterlawfirm.com
- **Jeff D. Rawlings** Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins** trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- **Eileen N. Shaffer** eshaffer@eshaffer-law.com
- **John S. Simpson** jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson** rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith** asmith@bakerdonelson.com
- **Christopher J. Steiskal** csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi** ktarazi@buchalter.com
- **United States Trustee** USTPRegion05.JA.ECF@usdoj.gov

- **Burton S Weston** bweston@garfunkelwild.com

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the attached mailing matrix, via U.S. Mail, First Class with prepaid postage.

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the following, via U.S. Mail, First Class with prepaid postage.

**Thomas R. Hudson**
400 Concourse, Suite 200
1068 Highland Colony Parkway
Ridgeland, MS 39157
Representing BankPlus

**BankPlus**
1068 Highland Colony Parkway
400 Concourse
Ridgeland, MS 39157

/s/ *Greta M. Brouphy*
Greta M. Brouphy