**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**TRUSTEE'S MOTION IN AID OF PLAN CONFIRMATION BY THE MCAM LIQUIDATION TRUST**

Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Liquidation Trust***"), hereby submits this *Trustee's Motion in Aid of Plan Confirmation by the MCAM Liquidation Trust* (the "***Motion***"). In support of the Motion, the Trustee avers as follows:

**JURISDICTION AND AUTHORITY**

1. The Bankruptcy Court has jurisdiction over this Motion under 28 U.S.C. § 1334, and the relief sought is a core proceeding under 28 U.S.C. § 157(b)(2). The statutory authority for the Motion is 11 U.S.C. § 105(a), which grants this Bankruptcy Court the authority to issue any order necessary or appropriate, and 11 U.S.C. § 1123(a)(5), providing for the adequate means of the implementation of the Plan.

**BACKGROUND AND PROCEDURAL HISTORY**

2. On December 18, 2024, the Bankruptcy Court held the confirmation hearing for the *Third Amended Subchapter V Plan; Plan of Liquidation* [ECF Doc. 798] ("***Plan***"). On January 23, 2025, the Bankruptcy Court entered the *Order Confirming Third Amended Subchapter V Plan; Plan of Liquidation* [ECF Doc. 934] (the "***Confirmation Order***"). The Confirmation Order established the Liquidation Trust.

3. On January 30, 2025, the Trustee filed the *Notice of Liquidation Trust Agreement* [ECF Doc. 942]. The Liquidation Trust Agreement governs the administration of the MCAM Liquidation Trust. The Trustee was appointed as the liquidation trustee, still serves in this capacity, and has authority to bring this Motion pursuant to the terms of the Plan and the Trust Agreement. The effective date of the Trust Agreement is January 1, 2025 (the "***Trust Effective Date***").

4. The Debtor, on February 24, 2025, filed the *Notice of Plan Effective Date* [ECF Doc. 959], indicating that under the terms of the Plan and the Confirmation Order, the Effective Date of the Plan is April 8, 2025.

**RELIEF REQUESTED**

5. By this Motion, the Trustee is seeking an order, substantially in the form attached hereto as ***Exhibit A*** to aid in complying with the provisions of the Plan. Specifically, the Trustee is seeking an order approving: (i) the destruction of the patient records by the Liquidation Trust; and (ii) approving a partial distribution of twenty-five (25%) of the funds on deposit as of the distribution date to the creditors listed on ***Exhibit B***. The Trustee asserts the parties listed on Exhibit B are holders of allowed claims entitled to a distribution in Class 7: General Unsecured Claims (the "***Unsecured Creditors***").

**<u>Patient Records:</u>**

6. Pursuant to the terms of the *Order* [ECF Doc. 999] on the *Motion Approving Patient Notice and Destruction Procedures and Related Relief Regarding Patient Records* [ECF Doc. 956], the Liquidation Trust mailed the notice to the identified patients and filed the appropriate notices in the publications [See Notice, ECF Doc. 1019]. The Liquidation Trust sent the notices to the identified patients at the last known address by the Debtor. To

the extent that any notices were returned undeliverable, the Liquidation Trust made reasonable efforts to determine updated addresses and resent the notices. The Liquidation Trust received and processed over 424 requests for medical records.

7. After the 365-day period of the publications, which date was March 24, 2026, on April 1, 2026, the Trustee contacted, via mail and certified mail receipt requested, the U.S. Department of Health and Human Services to inquire whether the agency wants to take possession of the medical records. To date, the Trustee has received no response. See ***Exhibit C.*** As no agency agreed to accept the records, the Trustee seeks the authority to electronically destroy the medical records. See 11 U.S.C. § 351(2) & (3) and FRBP 6001(d) and 6001(c).

**Distribution to Holders of Allowed General Unsecured Claims:**

8. Pursuant to the terms of the Plan, holders of Class 7 claims are to receive a distribution from the liquidation of assets, since operations have ceased, on or before eighteen (18) months of the Effective Date of the Plan. The Effective Date of the Plan is April 8, 2025, making the distribution deadline on or before October 8, 2026.

9. The Trustee seeks the authority to make a pro-rata distribution of twenty-five (25%) of the funds on deposit as of the distribution date to the holders of allowed general unsecured claims. The distribution date will be when an order granting this Motion is a final, non-appealable order. The Trustee anticipates that approximately $1.8 million will be on deposit as of the distribution date.

10. Attached to this Motion, as ***Exhibit B***, is the list of creditors the Trustee asserts hold allowed general unsecured claims. The list includes all creditors scheduled on Schedule F whose claims were not designated as contingent, unliquidated, or disputed., as well as creditors who timely filed proofs of claim. No objections to the scheduled claims have been

filed or remain pending, except as otherwise reflected in Exhibit B, and therefore the identified claims constitute allowed claims under the Plan and applicable provisions of the Bankruptcy Code.

11. The list excludes creditors whose Schedule F claims were designated as contingent, unliquidated or disputed, and who did not subsequently file proofs of claim.

12. The Trustee continues to administer the Liquidation Trust and must complete additional duties required under the Plan and the Liquidation Agreement before the Liquidation Trust can be fully wound down. Accordingly, the Trustee seeks authority to make only a partial distribution at this time. Because this is the initial distribution and the Plan does not specifically identify the holders of allowed Class 7 claims, the Trustee submits this Motion to facilitate the distribution process and obtain judicial confirmation of the holders of allowed Class 7 claims.

**WHEREFORE**, the Trustee respectfully requests that the Bankruptcy Court enter an order, substantially in the form attached hereto as ***Exhibit A***, (i) authorizing the destruction of the patient records as set forth herein; (ii) approving the list of holders of allowed Class 7 claims attached as ***Exhibit B***; (iii) authorizing the Trustee to make a partial distribution of twenty-five percent (25%) of the funds on deposit to the holders of allowed Class 7 claims as listed on Exhibit B; and (iv) granting such other and further relief as the Bankruptcy Court deems just and equitable.

Dated: August 19, 2026

Respectfully submitted:

/s/Greta M. Brouphy
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Liquidation Trustee for the MCAM Liquidation Trust***

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served through the Bankruptcy Court's CM/ECF Notification system as follows:

- **Sheldon G. Alston** salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey** jeb.bailey@butlersnow.com
- **Greta Manning Brouphy** gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper** ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle** , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno** cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee** robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy** sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt** thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson** tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux** chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith** cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman** wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble** dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell** tpresnell@bradley.com, rboswell@bradley.com

- **Elizabeth Charlene Priester** ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- **Melvin Priester** mpriester@priesterlawfirm.com
- **Jeff D. Rawlings** Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins** trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- **Eileen N. Shaffer** eshaffer@eshaffer-law.com
- **John S. Simpson** jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson** rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith** asmith@bakerdonelson.com
- **Christopher J. Steiskal** csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi** ktarazi@buchalter.com
- **United States Trustee** USTPRegion05.JA.ECF@usdoj.gov
- **Burton S Weston** bweston@garfunkelwild.com

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the attached mailing matrix, via U.S. Mail, First Class with prepaid postage.

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the following, via U.S. Mail, First Class with prepaid postage.

Centralized Case Management Operations
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Room 509F HHH Bldg.
Washington, D.C. 20201

Southwest Region
(TX, AR, LA, NM, OK)
1301 Young Street
Suite 106
Dallas, TX 75202

/s/ *Greta M. Brouphy*
Greta M. Brouphy