| Sch. | Claimant | Sch. Amount | Proof of Claim | POC Amount | Allowed Amount |
|---|---|---|---|---|---|
| F | AbbVie US, LLC | $1,050.00 | | | $1,050.00 |
| | Aetna, Inc. | | 12 | $1,696.75 | $1,696.75 |
| | Allergan Aesthetics, Div. of Abbvie Inc. | $3,936.00 | 2 | $4,986.00 | $4,986.00 |
| F | American Cancer Societ | $5,000.00 | | | |
| F | American Express National Bank | $13,050.24 | 10 | $13,223.13 | $13,223.13 |
| F | American Proficiency I | $534.00 | | | $534.00 |
| F | Bioverativ US, LLC | $374,697.50 | | | $374,697.50 |
| F | Cold Chain Technologie | $421.61 | | | $421.61 |
| F | Cole-Parmer | $116.13 | | | $116.13 |
| F | CSL Behring, LLC | $58,953.25 | | | $58,953.25 |
| F | DOC-1200 N State St MOB, LLC | $111,878.20 | 20 | $308,725.53 | $308,725.53 |
| F | E3 Diagnostics Inc. | $1,382.15 | | | $1,382.15 |
| | Entregy | | 5 | $0.00 | $0.00 |
| | First Business Speialty Finance, LLC | | 17 | $26,822.50 | $26,822.50 |
| F | Henry Schein Inc. * | $7,239.06 | 16 | $2,297.75 | $0.00 |
| F | Jubilant HollisterStie | $5,142.36 | | | $5,142.36 |
| F | K.B.D.C. Inc. | $1,260.50 | | | $1,260.50 |
| F | Mississippi Health Par | $403.10 | | | $403.10 |
| F | Mississippi Physicians | $75.00 | | | $75.00 |
| F | Morgan Scientific | $4,200.67 | | | $4,200.67 |
| F | National Business Furn | $3,485.12 | | | $3,485.12 |
| F | NextStep Innovation | $9,951.00 | | | $9,951.00 |
| F | Novo Nordisk, Inc. | $247,194.55 | | | $247,194.55 |
| F | NRC Health | $7,527.20 | | | $7,527.20 |
| | Positudes, Inc. d/b/a The Alliance Pharmacy | | 13 | $86,034.24 | $86,034.24 |
| F | Priester Law Firm, PLL | $6,464.50 | | | $6,464.50 |
| F | Priority Healthcare Di | $5,869.05 | | | $5,869.05 |
| F | Southern Bancorp | $460,000.00 | | | $4,600,000.00 |
| F | Stratus Video, LLC | $191.18 | | | $191.18 |
| F | Tacy Medical, Inc. | $220.00 | | | $220.00 |
| F | Takeda Pharmaceuticals | $1,966.08 | | | $1,966.08 |
| F | The Alliance Pharmacy | $1,067,655.70 | | | $1,067,655.70 |
| | United Healthcare Insurnace Company | | 8 | $1,681.25 | $1,681.25 |
| | University of Mississippi Medical Center | | 9 | $28,323,336.00 | $28,323,336.00 |
| F | Vizient, Inc. | $8,807.00 | | | $8,807.00 |
| F | Waystar | $123.77 | | | $123.77 |
| | Wells Fargo Vendor Financel, LLC | | 7 | $7,299.68 | $7,299.68 |
| F | Kentwood Springs | $8.16 | | | $8.16 |
| F | LAMAR Companies | $2,000.00 | | | $2,000.00 |
| F | Pioneer RX | $2,152.65 | | | $2,152.65 |
| | | | | | |
| | | | | | |
| | **TOTAL** | | | | **$35,185,657.31** |
| | | | | | |
| * | Records indicate this claim was either paid during the case or otherwise satisfied and no longer owed. | | | | |