Lugenbuhl

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130
TELEPHONE: 504.568.1990 | FACSIMILE: 504.310.9195

Greta M. Brouphy, Esq.

Telephone: (504) 568-1990
E-mail: gbrouphy@lawla.com

March 31, 2026

Email: OCRComplaint@hhs.gov

**Certified Mail: 94890090 0027 6178 8852 30**
Centralized Case Management Operations
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Room 509F HHH Bldg.
Washington, D.C. 20201

**Certified Mail: 9489 0090 0027 6178 8852 47**
Southwest Region
(TX, AR, LA, NM, OK)
1301 Young Street
Suite 106
Dallas, TX 75202

RE: Mississippi Center for Advanced Medicine, P.C.
Chapter 11 Case No. 23-00962-JAW
United States Bankruptcy Court Southern District of Mississippi

To: U.S. Department of Health and Human Services

I am contacting you as the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Trust***"), which was created pursuant to the Amended Subchapter V Plan; Plan of Liquidation (the "***Plan***"), confirmed by Order dated January 23, 2025 [ECF Doc. 934], with a Plan Effective Date of April 8, 2025 [ECF Doc 959] in the referenced bankruptcy proceeding.

Specifically, this is a written request for permission to deposit the patient records with the U.S. Department of Health and Human Services pursuant to 11 U.S.C. § 351. If the request is not granted, then the records will be destroyed. Thus, as required by the Bankruptcy Code, and prior to the destruction, the Trustee is providing a written request to

the Office of Civil Rights of the United States Department of Health and Human Services to accept the records not claimed. See 11 U.S.C. § 351(2). The Trustee does not have a sufficient amount of funds to pay for the storage of the patient records in the manner required under applicable law. See Mississippi Code Title 41. Public Health § 41-9-69 requiring the retention of records for periods of time of 7 years to 28 years depending on the type of patient. See 45 C.F.R. 164.528(a)(1) providing for the patient's right to an accounting of disclosures of PHI during six years. The Trust's duration is for two years.

Pursuant to the terms of the Order [ECF Doc. 999] on the *Motion Approving Patient Notice and Destruction Procedures and Related Relief Regarding Patient Records* [ECF Doc. 956], the Trust mailed the notice to the identified patients and filed the appropriate notices in the publications [See Notice, ECF Doc. 1019]. The Trust sent the notices to the identified patients at the last known address by the Debtor. To the extent that any notices were returned undeliverable, the Trust made reasonable efforts to determine updated addresses and resend the notices. The referenced Order and Motion are attached hereto.

After the 365-day period of the publications, which date is March 24, 2026, all medical records of the Debtor not claimed by a patient or insurance provider, or request is not granted by a federal agency to deposit such records, the records shall be destroyed.

Within 10 days of any denial, the Trustee will destroy the records and will file a report certifying the records have been destroyed and the method for the destruction, with proof retained until the case is closed. See Federal Rule of Bankruptcy Procedure 6001(d) and 6001(c).

The list of entities that possess the electronically stored medical records [there are no hard copies] at issue are as follows:

Baptist Memorial Health Care
350 North Humphreys Boulevard
Memphis, TN 38120

Ochsner Health
1414 Jefferson Hwy
Jefferson, LA 70121

MedRec Request, LLC
2064 Main Street, Bldg. A
Madison, MS 39110

These electronic records include patient demographic data, billing and insurance data, and encounter information for professional office visits, surgical and other procedures, infusions, pharmacy prescriptions records, and various diagnostics including lab results, cardiology reports and images, and radiology reports and images.

Quantities of patients for whom electronic records exist are:

Baptist Memorial Health Care – approximately 15,990 patients
Ochsner Health - approximately 20,000 patients
Medrec Request, LLC - approximately 5,000
Grand Total - approximately 33,490 unique records (across the various storage locations)

Therefore, as the Trustee for the Trust, I am respectfully requesting a response regarding whether the U.S. Department of Health and Human Services will accept the patient records. And if the response is positive, to instruct the Trustee on the method and timing of the transmission.

Thank you for your attention to this matter. I look forward to your response.

Regards,

Greta M. Brouphy

Greta M. Brouphy

Trustee for the MCAM Liquidating Trust

ALERT: WILDFIRES IN THE PACIFIC NORTHWEST AND FLOODING IN THE SOUTH AND NORTH...

# USPS Tracking®

FAQs >

Remove ×

Tracking Number:

## 9489009000276178885247

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 10:54 am on April 6, 2026 in DALLAS, TX 75202.

---

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

### Delivered

Delivered, Left with Individual

DALLAS, TX 75202
April 6, 2026 10:54 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: WILDFIRES IN THE PACIFIC NORTHWEST AND FLOODING IN THE SOUTH AND NORTH...

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 9489009000276178885230

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:37 am on April 13, 2026 in WASHINGTON, DC 20201.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
April 13, 2026 9:37 AM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

Text & Email Updates

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**