**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**TRUSTEE'S MOTION TO EXTEND THE TERM OF**
**THE MCAM LIQUIDATION TRUST**

Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Liquidation Trust***"), hereby submits this *Trustee's Motion to Extend the Term of the MCAM Liquidation Trust* (the "***Motion***"). In support of the Motion, the Trustee avers as follows:

**JURISDICTION AND AUTHORITY**

1. The Bankruptcy Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334, and the relief sought is a core proceeding under 28 U.S.C. § 157(b)(2). The statutory authority for the Motion is 11 U.S.C. § 105(a), which grants this Bankruptcy Court the authority to issue any order necessary or appropriate, and 11 U.S.C. § 1123(a)(5), providing for the adequate means of the implementation of the Plan.

**BACKGROUND AND PROCEDURAL HISTORY**

2. On December 18, 2024, the Bankruptcy Court held the confirmation hearing for the *Third Amended Subchapter V Plan; Plan of Liquidation* [ECF Doc. 798] ("***Plan***"). On January 23, 2025, the Bankruptcy Court entered the *Order Confirming Third Amended Subchapter V Plan; Plan of Liquidation* [ECF Doc. 934] (the "***Confirmation Order***"). The Confirmation Order established the Liquidation Trust.

3. On January 30, 2025, the Trustee filed the *Notice of Liquidation Trust Agreement* [ECF Doc. 942]. The Liquidation Trust Agreement governs the administration of the MCAM Liquidation Trust. The Trustee was appointed as the liquidation trustee, still serves in this capacity, and has authority to bring this Motion pursuant to the terms of the Plan and the Trust Agreement. The effective date of the Trust Agreement is January 1, 2025 (the "***Trust Effective Date***").

4. The Debtor, on February 24, 2025, filed the *Notice of Plan Effective Date* [ECF Doc. 959], indicating that under the terms of the Plan and the Confirmation Order, the Effective Date of the Plan is April 8, 2025.

5. Section 5.03 of the Liquidation Trust Agreement provides that the term of the Liquidation Trust shall not exceed two (2) years from the Trust Effective Date unless an extension is obtained from the Bankruptcy Court. Section 5.03 further provides that any request for an extension must be made on or prior to the date three (3) months before the termination of the trust.

6. As the Trust Effective Date is January 1, 2025, the initial two-year term of the Liquidation Trust expires on January 1, 2027. Accordingly, this Motion is timely, as any request must be made on or prior to October 1, 2026.

## RELIEF REQUESTED

7. By this Motion, the Trustee seeks entry of an order, substantially in the form attached hereto as ***Exhibit A*** extending the term of the Liquidation Trust for an additional two-year period, without prejudice to seeking a further extension, if necessary, no later than three (3) months prior to the expiration of the extended term. If granted, the Liquidation Trust's term would be extended through January 1, 2029.

8. The Trust Agreement expressly permits the extension by Bankruptcy Court order. Pursuant to Section 1123(a)(5), the Plan provided for the creation of the Liquidation Trust to carry

out the Plan's provisions. Pursuant to Section 105(a), this Bankruptcy Court can issue an appropriate order necessary to complete the administration of this case.

9. As discussed herein, cause exist to support the extension. Such cause includes providing sufficient time to finalize such remaining tasks as the liquidation of remaining assets, recovery of funds held by BankPlus, providing an interim distribution, compete tax filings and review, and do the final wind-down.

10. Filed concurrently with this Motion is the *Trustee's Motion in Aid of Plan Confirmation by the MCAM Liquidation Trust* (the "***Motion in Aid***") and the *Trustee's Motion to Direct the Release of Funds Held by BankPlus* ("***Motion to Release Funds***"). The Motion in Aid is seeking an order: (i) confirming the holders of allowed general unsecured claims; and (ii) approving an interim distribution to holders of the allowed general unsecured claims. The Motion to Release Funds is seeking an order directing BankPlus to release funds to the Liquidation Trust that are held in accounts in the name of the Debtor.

11. Further, the Trustee has entered into negotiations to sell the property that is the subject of the adversary proceeding # 25-00008-JAW, *Mississippi Center for Advance Medicine, P.C. v. Spencer K. Sullivan, M.D.* The parties are in the due diligence phase that terminates on October 28, 2026, with either a final purchase of the property, or termination of the sale agreement based on the terms.

12. Additionally, the Trustee needs to file all outstanding tax returns and complete the final distribution. The final distribution will be after the completion of the liquidation of the Liquidation Trust's remaining real property.

13. The Trustee has previously provided the Bankruptcy Court with summaries of the Liquidation Trust's activities and the remaining matters to be completed [ECF Docs. 1028 and 1036]. The Trustee will continue to file status reports with the Bankruptcy Court as appropriate.

**WHEREFORE**, the Trustee respectfully requests that the Bankruptcy Court enter an order, substantially in the form attached hereto as ***Exhibit A***, continuing the term of the MCAM Liquidation Trust for an additional two-year period, through and including January 1, 2029, without prejudice to seek an additional extension no later than three (3) months prior to the extended termination date, and granting such other and further relief as the Bankruptcy Court deems just and equitable.

Dated: August 19, 2026

Respectfully submitted:

*/s/Greta M. Brouphy*
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Liquidation Trustee for the MCAM Liquidation Trust***

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served through the Bankruptcy Court's CM/ECF Notification system as follows:

- **Sheldon G. Alston** salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey** jeb.bailey@butlersnow.com
- **Greta Manning Brouphy** gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper** ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle** , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno** cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee** robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy** sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt** thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson** tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux** chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith** cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman** wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble** dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell** tpresnell@bradley.com, rboswell@bradley.com
- **Elizabeth Charlene Priester** ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- **Melvin Priester** mpriester@priesterlawfirm.com
- **Jeff D. Rawlings** Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins** trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- **Eileen N. Shaffer** eshaffer@eshaffer-law.com
- **John S. Simpson** jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson** rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith** asmith@bakerdonelson.com
- **Christopher J. Steiskal** csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi** ktarazi@buchalter.com
- **United States Trustee** USTPRegion05.JA.ECF@usdoj.gov

- **Burton S Weston** bweston@garfunkelwild.com

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the attached mailing matrix, via U.S. Mail, First Class with prepaid postage.

/s/ *Greta M. Brouphy*
Greta M. Brouphy