**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**NOTICE OF FILING AND OBJECTION DEADLINES:**

**TRUSTEE'S MOTION IN AID OF PLAN CONFIRMATION BY THE MCAM LIQUIDATION TRUST**

TO: ALL CREDITORS AND INTERESTED PARTIES:

You are hereby notified that Greta M. Brouphy, the Liquidating Trustee (the "***Trustee***") for the MCAM Liquidation Trust (the "***Liquidation Trust***"), which was established pursuant to the *Amended Subchapter V Plan; Plan of Liquidation* (the "***Plan***"), confirmed by *Order* dated January 23, 2025 [ECF Doc. 934], with a Plan Effective Date of April 8, 2025 [ECF Doc 959], hereby filed the *Trustee's Motion in Aid of Plan Confirmation by the MCAM Liquidation Trust* (the "***Motion***") [ECF Doc. 1041] seeking an order to aid in the Trustee complying with the provisions of the *Amended Subchapter V Plan of Liquidation* and approving: (i) the electronic destruction of the patient records in the possession of the Liquidation Trust; and (ii) approving a partial distribution of twenty-five percent (25%) of the funds on deposit as of the distribution date to the creditors listed on ***Exhibit A*** the Trustee asserts are holders of allowed claims entitled to a distribution in Class 7: General Unsecured Claims (the "***Unsecured Creditors***").

A copy of the Motion is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said court, or obtained from the Trustee by asking for a copy from the Trustee via email: gbrouphy@lawla.com. If no

objections are filed within twenty (21) days from the date of the Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 501 E. Court Street, Jackson, MS 39201, and a copy served upon Greta M. Brouphy, Trustee, 650 Poydras Street, Suite 2500, New Orleans, LA 70130, the Court will consider the Motion ex-parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

SO NOTICED, this 19th day of August 2026.

Respectfully submitted:

*/s/Greta M. Brouphy*
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Liquidation Trustee for the MCAM Liquidation Trust***

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served through the Bankruptcy Court's CM/ECF Notification system as follows:

- **Sheldon G. Alston** salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey** jeb.bailey@butlersnow.com
- **Greta Manning Brouphy** gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper** ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle** , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno** cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee** robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy** sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt** thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson** tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux** chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith** cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman** wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble** dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell** tpresnell@bradley.com, rboswell@bradley.com
- **Elizabeth Charlene Priester** ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com
- **Melvin Priester** mpriester@priesterlawfirm.com
- **Jeff D. Rawlings** Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins** trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- **Eileen N. Shaffer** eshaffer@eshaffer-law.com
- **John S. Simpson** jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson** rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith** asmith@bakerdonelson.com
- **Christopher J. Steiskal** csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi** ktarazi@buchalter.com
- **United States Trustee** USTPRegion05.JA.ECF@usdoj.gov

- **Burton S Weston** bweston@garfunkelwild.com

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the attached mailing matrix, via U.S. Mail, First Class with prepaid postage.

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the following, via U.S. Mail, First Class with prepaid postage.

Centralized Case Management Operations
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Room 509F HHH Bldg.
Washington, D.C. 20201

Southwest Region
(TX, AR, LA, NM, OK)
1301 Young Street
Suite 106
Dallas, TX 75202

/s/ *Greta M. Brouphy*
Greta M. Brouphy