UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**SECOND AMENDED CERTIFICATE OF SERVICE**

I, Greta M. Brouphy, hereby certify that on August 19, 2026, that I caused a copy of Trustee's Motion to Direct the Release of Funds Held by Bank Plus to be served through the Bankruptcy Court's CM/ECF Notification system as follows:

- **Sheldon G. Alston** salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey** jeb.bailey@butlersnow.com
- **Greta Manning Brouphy** gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper** ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle** , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno** cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee** robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy** sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt** thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson** tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux** chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith** cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman** wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble** dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell** tpresnell@bradley.com, rboswell@bradley.com
- **Elizabeth Charlene Priester** ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com

- **Melvin Priester** mpriester@priesterlawfirm.com
- **Jeff D. Rawlings** Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins** trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- **Eileen N. Shaffer** eshaffer@eshaffer-law.com
- **John S. Simpson** jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson** rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith** asmith@bakerdonelson.com
- **Christopher J. Steiskal** csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi** ktarazi@buchalter.com
- **United States Trustee** USTPRegion05.JA.ECF@usdoj.gov
- **Burton S Weston** bweston@garfunkelwild.com

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the attached mailing matrix, via U.S. Mail, First Class with prepaid postage.

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the following, via U.S. Mail, First Class with prepaid postage.

**Thomas R. Hudson**
400 Concourse, Suite 200
1068 Highland Colony Parkway
Ridgeland, MS 39157
Representing BankPlus

**BankPlus**
1068 Highland Colony Parkway
400 Concourse
Ridgeland, MS 39157

/s/ *Greta M. Brouphy*
Greta M. Brouphy