Label Matrix for local noticing
0538-3
Case 23-00962-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Tue Aug 18 13:18:10 CDT 2026

Alexander CPA, LLC
1501 Lakeland Dr
Ste 350
Jackson, MS 39216-4849

BankPlus
1068 Highland Colony Parkway
400 Concourse
Ridgeland, MS 39157

Bradley Arant Boult Cummings, LLP
Roundabout Plaza
1600 Division Street Suite 700
Nashville, TN 37203-2771

Brunini, Grantham, Grower & Hewes, PLLC

DOC-1200 N State St MOB, LLC
Jason A. Enright, Esq.
500 Winstead Building
2728 N Harwood St
Dallas, TX 75201-1516

Haddox Reid Eubank Betts, PLLC
1020 Highland Colony Parkway
Suite 600
Ridgeland, MS 39157-2150

Head Auctions & Realty
4846 Main St
P O Box P
Flora, MS 39071-1702

Hemophilia of Georgia, Inc.
c/o Simpson Law Firm PA
P.O. Box 2058
Madison, MS 39130-2058

Louisiana Department of Revenue
Bankruptcy Section
P. O. Box 66658
Baton Rouge, LA 70896-6658

Matthews Cutrer and Lindsay, P.A.
1020 Highland Colony Parkway
Suite 500
Ridgeland, MS 39157-2152

McKesson Corporation,

Mississippi Baptist Medical Center, Inc.
c/o Alan L. Smith, Esq.

Mississippi Center for Advanced Medicine, P.

Priester Law Firm, PLLC
5375 Executive Place
Jackson, MS 39206-4102

Wells Fargo Vendor Financial Services
P O Box 105743
Atlanta, GA 30348-5743

(p)WHITLEY PENN LLP
ATTN REYNE DVORAK
640 TAYLOR ST
SUITE 2200
FORT WORTH TX 76102-4845

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse

4TK Assets, LLC
268 Sundial Road
Madison, MS 39110-8725

AbbVie US, LLC
62671 Collection Center Drive
Chicago, IL 60693-0626

Aetna, Inc.
Aaron McCollough
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

Allergan Aesthetics, div. of Abbvie Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Allergan USA, Inc.
12975 Collections Center Drive
Chicago, IL 60693-0127

American Cancer Society
534 Keyway Drive
Suite C
Flowood, MS 39232-9591

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Proficiency Institute
Dept 9526
P.O. Box 30516
Lansing, MI 48909-8016

B&E Slidell, LLC
4212 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809-9675

BankPlus
Christopher H. Meredith, CCTB, P.A.
P.O. Box 6020
Ridgeland, MS 39158-6020

Baptist Medical Group
350 N. Humphreys Blvd.
Memphis, TN 38120-2177

Bioverativ US, LLC
P.O. Box 32507
Chicago, IL 60693-0325

Bradley Arant Boult Cummings LLP
P.O. Box 830709
Birmingham, AL 35283-0709

Brunini Attorneys at Law

Burton S. Weston, Esq.
Garfunkel Wild, P.C.

C Spire Business Solutions
MSC #703
P.O. Box 830674
Birmingham, AL 35283-0674

CH&A Enterprises, LLC
309 Llewellyn Avenue
McComb, MS 39648-2703

CSL Behring, LLC
1020 First Avenue
King of Prussia, PA 19406-1310

Cardinal Health, Inc.
P.O. Box 402605
Atlanta, GA 30384-2605

Christopher H Meredith, Esq.
Copeland Cook Taylor & Bush

Christopher R. Maddux, Esq.
BUTLER SNOW LLP

Cold Chain Technologies
P.O. Box 735875
Dallas, TX 75373-5875

Cole-Parmer
13927 Collections Center Drive
Chicago, IL 60693-0139

Comcast
P.O. Box 71211
Charlotte, NC 28272-1211

Community Bank of Mississippi
323 East Third Street
Forest, MS 39074-4219

Concord Technologies
P.O. Box 84125
Seattle, WA 98124-5425

DOC-1200 N State St MOB, LLC
Box 78417
Milwaukee, WI 53278-8417

DOC-1200 N State St MOB, LLC
c/o Winstead PC, Attn: Jason A. Enright
500 Winstead Building
2728 N. Harwood St.
Dallas, TX 75201-1516

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Department of the Treasury
Internal Revenue Service
c/o U.S. Attorney
501 E. Court Street, Suite 4.430
Jackson, MS 39201-5025

Douglas C. Noble, Esq.
McCraney, Montagnet, Quin, Noble, PLLC
for McKesson Corporation

(p)DEMANT US GROUP LEGAL
580 HOWARD AVE
SOMERSET NJ 08873-1113

Employees
7731 Old Canton Road
Suite B
Madison, MS 39110-6115

Entergy
P.O. Box 8105
Baton Rouge, LA 70891-8105

Experian Health Inc.
P.O. Box 886133
Los Angeles, CA 90088-6133

FH Properties, LLC
15 Beauvoir Place
Madison, MS 39110-8047

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

FedEx Freight
Dept CH
P.O. Box 10306
Palatine, IL 60055-0306

(p)FIRST BUSINESS BANK
401 CHARMANY DR
MADISON WI 53719-1272

First Business Specialty Finance, LLC
Josh C. Kopp, Von Briesen & Roper
10 E. Doty St., #900
Madison, WI 53703-3390

Fortenberry Properties
15 Beauvoir Place
Madison, MS 39110-8047

GE Medical Systems Ultrasound
Primary Care Diagnostics, LLC
9900 W Innovation Drive
Wauwatosa, WI 53226-4856

Hamper2Hamper
2906 N. State Street
Suite B2
Jackson, MS 39216-4240

Health Resources & Services Administration
c/o Hemophillia of Georgia, Inc.
Eric Mandus, Esq, Smith Gambrell & Russe
1105 W Peachtree Street NE, Ste 1000
Atlanta GA 30309-3592

HealthCare Financial Services
P.O. Box 641419
Pittsburgh, PA 15264-1419

Henry Schein
Dept CH 10241
Palatine, IL 60055-0241

Henry Schein Inc.
135 Duryea Road
Melville, NY 11747-3834

Highlands Industries Inc.
132 Virginia Valley Drive
Brandon, MS 39047-4504

Hudson Headwaters 340B, LLC
P.O. Box 896
Glen Falls, NY 12801-0896

Infinity Infusion Nursing, LLC
1626 Barber Road
Ste A
Sarasota FL 34240-9301

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

J. Walter Newman, IV, Esq.
Newman & Newman

Jackson Physician Search, LLC
P.O. Box 745644
Atlanta, GA 30374-5644

Jackson and Coker Locum Tenens, LLC
P.O. Box 277638
Atlanta, GA 30384-7638

James E. Bailey, III, Esq.
Butler Snow LLP
for The University of MS Medical Center

Jani-King Gulf Coast
Accounts Receivable
300 NE I-55 Service Road
Ponchatoula, LA 70454-2020

Jeff Rawlings, Esq.
Rawlings & MacInnis, P.A.
for Community Bank of Mississippi

Jeffrey Garfinkle, Esq.
Buchalter, A Professional Corp
for McKesson Corporation

Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
for McKesson Corporation

Jubilant HollisterStier, LLC
14110 Collections Center Drive
Chicago, IL 60693-0141

K.B.D.C. Inc.
P.O. Box 1213
Madison, MS 39130-1213

Kentwood Springs
P.O. Box 660579
Dallas, TX 75266-0579

Khaled Tarazi, Esq.
Buchalter, A Professional Corporation
for McKesson Corporation

LAMAR Companies
405 Country Place Parkway
Pearl, MS 39208-6774

Louisiana Department of Revenue
P.O. Box 3550
Baton Rouge, LA 70821-3550

Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896-6658

MBHS
c/o CHD Management
1151 N. State Street
Suite 315
Jackson, MS 39202-2407

MWM Raven, LLC
1275 Dove Park Road
P.O. Box 3909
Covington, LA 70434-3909

McKesson Corp for itself and as collection a
McKesson Specialty Care Distribution, LL
c/o Stephanie Hampton
6651 Gate Parkway
Jacksonville, FL 32256-8075

McKesson Corporation for itself and as colle
agent for McKesson Plasma & Biologics, L
c/o Jeff Jagow
16578 Collections Center Drive
Chicago, IL 60693-0001

McKesson Medical Surgical
P.O. Box 660266
Dallas, TX 75266-0266

McKesson Medical-Surgical, Inc.
9954 Maryland Drive
Suite 4000
Henrico, VA 23233

McKesson Pharmaceutical
16578 Collection Center Drive
Chicago, IL 60693-0165

McKesson Plasma & Biologics, LLC
16578 Collection Center Dr.
Chicago, IL 60693-0165

McKesson Specialty Care Distribution
6535 State Highway 161
Irving, TX 75039-2536

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Mississippi Department of Revenue
P.O. Box 23191
Jackson, MS 39225-3191

Mississippi Health Partners
1501 Lakeland Drive
Suite 200
Jackson, MS 39216-4848

Mississippi Physicians Care Network
P.O. Box 22884
Jackson, MS 39225-2884

Morgan Scientific
151 Essex Street
Haverhill, MA 01832-5564

NRC Health
P.O. Box 30094
Omaha, NE 68103-1194

Nathan T. Simpson, Esq.
Simpson Law Firm PA
Attorney for Hemophilia of Georgia, Inc.
P.O. Box 2058
Madison, MS 39130-2058

National Business Furniture
770 South 70th Street
Milwaukee, WI 53214-3109

NextStep Innovation
P.O. Box 842884
Dallas, TX 75284-2884

North Sunflower Medical Center
P.O. Box 369
Ruleville, MS 38771-0369

Novo Nordisk, Inc.
Attn: Carey Li
800 Scudders Mill Road
Plainsboro, NJ 08536-1606

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Philips Medical Capital
P.O. Box 92449
Cleveland, OH 44193-0003

Pioneer Rx
P.O. Box 53407
Shreveport, LA 71135-3407

Pitney Bowes Purchase Power
P.O. Box 981026
Boston, MA 02298-1026

Positudes, Inc. d/b/a The Alliance Pharmacy
The Alliance Pharmacy
44 Bond Street
Westbury, NY 11590-5002

Priority Healthcare Dist d/b/a Curascript SD
P.O. Box 978510
Dallas, TX 75397-8510

Protel
P.O. Box 54323
Pearl, MS 39288-4323

Right Track Medical Group, Inc.
P.O. Box 1955
Oxford, MS 38655-1955

Robert J Young Company
MSC 7511
P.O. Box 306412
Nashville, TN 37230-6412

Robert V. Greenlee, Esq.
BUTLER SNOW LLP Counsel for
The University of Mississippi Medical Ce

ScImage
4916 El Camino Real
Suite 200
Los Altos, CA 94022-1445

Sean R. Guy, Esq.
McCraney Montagnet & Quin PLLC
For McKesson Corporation, on behalf of i
602 Steed Rd Ste 200
Ridgeland, MS 39157-9428

Sentric
2400 Ansys Drive
Suite 101
Canonsburg, PA 15317-0403

Smartsheet Inc.
Dept 3421
P.O. Box 123421
Dallas, TX 75312-3421

Southern Bancorp
1888 Main Street
Suite D
Madison, MS 39110-6337

Southern Duplicating of MS
4345 Hwy 61 South
Clarksdale, MS 38614-9528

Spencer K. Sullivan
7731 Old Canton Road
Suite B
Madison, MS 39110-6115

Stratus Video, LLC
P.O. Box 674954
Detroit, MI 48267-4954

Sysmex America
28241 Network Place
Chicago, IL 60673-1282

TSW, LLC
c/o Terry S. Williams
2571 Lakeshire Drive
Tupelo, MS 38804-6978

Tacy Medical, Inc.
P.O. Box 15807
Fernandina Beach, FL 32035-3114

Takeda Pharmaceuticals America Inc.
95 Hayden Avenue
Lexington, MA 02421-7942

The Hartford
P.O. Box 783690
Philadelphia, PA 19178-3690

Thomas M. Hewitt, Esq.
BUTLER SNOW LLP
for The University of MS Medical Center

Thomas R. Hudson, Esq.
Counsel for BankPlus

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford CT 06103-3408

University of Mississippi Medical Center
2500 North State Street
Jackson, MS 39216-4505

University of Mississippi Medical Center
Butler Snow LLP
1020 Highland Colony Parkway, Ste 1400
Ridgeland, MS 39157-2139

Verified First
P.O. Box 246
Spokane, WA 99210-0246

Vizient, Inc.
P.O. Box 842175
Dallas, TX 75284-2167

Washington-St. Tammany Electric Cooperative
P.O. Box 697
Franklinton, LA 70438-0697

Waystar
Acct 138986
1311 Solutions Center
Chicago, IL 60677-1311

Weatherby Locums, Inc.
P.O. Box 972633
Dallas, TX 75397-2633

Wells Fargo Vendor Financial Services, LLC
WFVFS-Jennifer Presnall-Harpe
1010 Thomis Edison Blvd SW
Cedar Rapids IA 52404-8247

Western Institutional Review Board
Dept 106091
P.O. Box 150434
Hartford, CT 06115-0434

Women's Pavilion of South MS
6524 U.S. 98 West
Hattiesburg, MS 39402

Craig M. Geno
Law Offices of Geno and Steiskal, PLLC

Eric Todd Presnell
Bradley Arant Boult Cummings
1221 Broadway
Suite 2400
Nashville, TN 37203-7238

Greta Brouphy
Heller, Draper, Hayden, Patrick & Horn

Greta Manning Brouphy
Lugenbuhl Wheaton Peck

Jeffrey K Garfinkle

Melvin Priester Jr
Priester Law Firm, PLLC

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Accreditation Commission for Health Care, | (u)Accredo Health Group, Inc. | (u)Advent Advisory Group, LLC |
| (u)Airgas, Inc. | (u)B&E Slidell, LLC | (u)Baptist Medical Group |
| (u)Baptist Memorial Health Care Corporation | (u)Baptist Memorial Hospital - North | (u)Baptist Memorial Hospital - Tipton |
| (u)Baptist Memorial Hospital for Women | (u)Bioverative US, LLC | (u)CH&A Enterprises, LLC |

(u)COMMUNITY BANK OF MISSISSIPPI

(u)CannonRad, LLC

(u)Cardinal Health Pharmacy Services, LLC

(du)Community Bank of Mississippi

(u)Concord III, LLC

(u)Doximity, Inc.

(u)Experian Health, Inc.

(u)FH Properties, LLC

(u)Fortenberry Properties

(u)Fujifilm HealthCare Americas Corp.

(u)Functional Fluidics, LLC

(u)Genetech USA, Inc.

(u)Health Recovery Solutions, Inc.

(u)HealthCare Financial Services

(u)Highlands Industries, Inc.

(u)Hudson Headwaters 340B, LLC

(u)Infinity Infusion Nursing, LLC

(u)Jani-King of New Orleans

(u)Johnson & Johnson Health Care Systems, Inc

(u)MBHS
c/o CHD Management

(u)McKesson Corp for itself and as collection

(u)McKesson Corporation

(u)McKesson Corporation for itself and as col

(u)Medical Waste Management

(u)NCR Health

(u)Next Step Innovation

(u)Noble Health Services, Inc.

(u)North Sunflower Medical Center

(u)Pfizer, Inc.

(u)PioneerRx

(u)Positudes, Inc. d/b/a The Alliance Pharmac

(u)Protel, Inc.

(u)Right Track Medical Group, Inc.

(u)Smith, Rouchon, & Associates, Inc.

(u)Southern Administrators and Benefits Consu

(u)Southern Duplicating of Jackson

(u)TSW, LLC
c/o Terry S. Williams

(u)Teklinks, Inc. d/b/a C Spire

(u)The Alliance Pharmacy
c/o J. Walter NEwman IV

(u)The Blood Center

(u)The Hemophilia Alliance Group Purchasing,

(u)The University of Mississippi Medical Cent

(u)Trilogy Revenue Cycle Solutions, LLC

(u)URAC, Inc.

(u)VerityStream, Inc.

(u)Vision Chips, Inc.

(u)VitalCore Health Strategies

(u)Vizient, Inc.

(u)Women's Pavilion of South MS, PLLC

(u)Your Hearing Network, LLC
d/b/a Consult YHN

(d)Haddox Reid Eubank Betts PLLC
1020 Highland Colony Parkway
Suite 600
Ridgeland, MS 39157-2150

(d)Priester Law Firm, PLLC
5375 Executive Place
Jackson, MS 39206-4102

(d)Wells Fargo Vendor Financial Services
P.O. Box 105743
Atlanta, GA 30348-5743

(u)Cynthia Bean

(u)E. Todd Presnell

(u)James Hogg

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 150 |
| Bypassed recipients | 68 |
| Total | 218 |