**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**SECOND AMEMDED CERTIFICATE OF SERVICE**

I, Greta M. Brouphy, hereby certify that on August 19, 2026, that I caused Trustee's Motion in Aid of Plan Confirmation by the MCAM Liquidation to be served through the Bankruptcy Court's CM/ECF Notification system as follows:

- **Sheldon G. Alston** salston@brunini.com, jdorsey@brunini.com
- **James E. Bailey** jeb.bailey@butlersnow.com
- **Greta Manning Brouphy** gbrouphy@lawla.com, LA55@ecfcbis.com
- **Douglas Scott Draper** ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Jeffrey K. Garfinkle** , dcyrankowski@buchalter.com;docket@buchalter.com
- **Craig M. Geno** cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com
- **Robert V Greenlee** robert.greenlee@butlersnow.com, ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com
- **Sean R. Guy** sguy@mmqlaw.com, hbreland@mmqnlaw.com
- **Thomas M Hewitt** thomas.hewitt@butlersnow.com, ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com
- **Thomas R. Hudson** tomhudson@bankplus.net, bankruptcyteam@bankplus.net
- **Christopher R. Maddux** chris.maddux@butlersnow.com, vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
- **Christopher H Meredith** cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com
- **J. Walter Newman** wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com
- **Douglas C. Noble** dnoble@mmqnlaw.com, hbreland@mmqnlaw.com
- **Eric Todd Presnell** tpresnell@bradley.com, rboswell@bradley.com
- **Elizabeth Charlene Priester** ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com

- **Melvin Priester** mpriester@priesterlawfirm.com
- **Jeff D. Rawlings** Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
- **Thomas Carl Rollins** trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com
- **Eileen N. Shaffer** eshaffer@eshaffer-law.com
- **John S. Simpson** jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Nathan Simpson** rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net
- **Alan Lee Smith** asmith@bakerdonelson.com
- **Christopher J. Steiskal** csteiskal@cmgenolaw.com, kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com
- **Khaled Tarazi** ktarazi@buchalter.com
- **United States Trustee** USTPRegion05.JA.ECF@usdoj.gov
- **Burton S Weston** bweston@garfunkelwild.com

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the attached mailing matrix, via U.S. Mail, First Class with prepaid postage.

I hereby certify that on August 19, 2026, that I caused a copy of the foregoing to be served on the following, via U.S. Mail, First Class with prepaid postage.

Centralized Case Management Operations
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Room 509F HHH Bldg.
Washington, D.C. 20201

Southwest Region
(TX, AR, LA, NM, OK)
1301 Young Street
Suite 106
Dallas, TX 75202

/s/ *Greta M. Brouphy*
Greta M. Brouphy