**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND THE TERM OF THE MCAM LIQUIDATION TRUST** (Dkt. #1041)

THIS MATTER came before the Court upon the *Trustee's Motion to Extend the Term of the MCAM Liquidation Trust* (the "***Motion***") filed by Greta M. Brouphy, in her capacity as Liquidating Trustee (the "***Trustee***") of the MCAM Liquidation Trust (the "***Trust***"). The Court, having reviewed the Motion and the record in this case, having determined that notice was proper and sufficient, and finding that the relief requested is in the best interests of the Trust and its beneficiaries and is authorized under the *Amended Subchapter V Plan of Liquidation* (the "***Plan***"), the Bankruptcy Code, and applicable law, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The term of the MCAM Liquidation Trust is extended through and including January 1, 2029, without prejudice to seeking a further extension, if necessary, no later than three (3) months prior to the expiration of the extended term.

3. The Trustee is authorized to execute and deliver any documents and take any actions reasonably necessary to implement and effectuate the terms of this Order.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, enforcement, or administration of this Order and the relief granted herein.

### END OF ORDER ###