**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

## ORDER GRANTING TRUSTEE'S MOTION IN AID OF PLAN CONFIRMATION BY THE MCAM LIQUIDATION TRUST (Dkt. #1039)

THIS MATTER came before the Court upon the *Trustee's Motion in Aid of Plan Confirmation by the MCAM Liquidation Trust* (the "***Motion***") filed by Greta M. Brouphy, in her capacity as Liquidating Trustee (the "***Trustee***") of the MCAM Liquidation Trust (the "***Liquidation Trust***"). The Court, having reviewed the Motion and the record in this case, having determined that notice was proper and sufficient, and finding that the relief requested is in the best interests of the Trust and its beneficiaries and is authorized under the *Amended Subchapter V Plan of Liquidation* (the "***Plan***"), the Bankruptcy Code, and applicable law, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

**6011 (JAW)**

2. Pursuant to 11 U.S.C. § 351 and Federal Rules of Bankruptcy Procedure 6001(c) and
**6011 (JAW)**
6001(d), the Trustee is authorized to electronically destroy patient records maintained by the Liquidation Trust.

3. The list of holders of allowed Class 7 General Unsecured Claims attached hereto as **Exhibit A** is approved solely for purposes of the distribution as holders of allowed Class 7 General Unsecured Claims entitled to receive distributions under the Plan.

4. The Trustee is authorized to make a pro rata distribution equal to twenty-five percent (25%) of the funds on deposit in the Trust as of the distribution date to the holders of allowed Class 7 General Unsecured Claims as listed on **Exhibit A**.

5. The Trustee is authorized to execute and deliver any documents and take any actions reasonably necessary to implement and effectuate the terms of this Order.

6. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, enforcement, or administration of this Order and the relief granted herein.

### END OF ORDER ###

| Sch. | Claimant | Sch. Amount | Proof of Claim | POC Amount | Allowed Amount |
|---|---|---|---|---|---|
| F | AbbVie US, LLC | $1,050.00 | | | $1,050.00 |
| | Aetna, Inc. | | 12 | $1,696.75 | $1,696.75 |
| | Allergan Aesthetics, Div. of Abbvie Inc. | $3,936.00 | 2 | $4,986.00 | $4,986.00 |
| F | American Cancer Societ | $5,000.00 | | | |
| F | American Express National Bank | $13,050.24 | 10 | $13,223.13 | $13,223.13 |
| F | American Proficiency I | $534.00 | | | $534.00 |
| F | Bioverativ US, LLC | $374,697.50 | | | $374,697.50 |
| F | Cold Chain Technologie | $421.61 | | | $421.61 |
| F | Cole-Parmer | $116.13 | | | $116.13 |
| F | CSL Behring, LLC | $58,953.25 | | | $58,953.25 |
| F | DOC-1200 N State St MOB, LLC | $111,878.20 | 20 | $308,725.53 | $308,725.53 |
| F | E3 Diagnostics Inc. | $1,382.15 | | | $1,382.15 |
| | Entregy | | 5 | $0.00 | $0.00 |
| | First Business Speialty Finance, LLC | | 17 | $26,822.50 | $26,822.50 |
| F | Henry Schein Inc. * | $7,239.06 | 16 | $2,297.75 | $0.00 |
| F | Jubilant HollisterStie | $5,142.36 | | | $5,142.36 |
| F | K.B.D.C. Inc. | $1,260.50 | | | $1,260.50 |
| F | Mississippi Health Par | $403.10 | | | $403.10 |
| F | Mississippi Physicians | $75.00 | | | $75.00 |
| F | Morgan Scientific | $4,200.67 | | | $4,200.67 |
| F | National Business Furn | $3,485.12 | | | $3,485.12 |
| F | NextStep Innovation | $9,951.00 | | | $9,951.00 |
| F | Novo Nordisk, Inc. | $247,194.55 | | | $247,194.55 |
| F | NRC Health | $7,527.20 | | | $7,527.20 |
| | Positudes, Inc. d/b/a The Alliance Pharmacy | | 13 | $86,034.24 | $86,034.24 |
| F | Priester Law Firm, PLL | $6,464.50 | | | $6,464.50 |
| F | Priority Healthcare Di | $5,869.05 | | | $5,869.05 |
| F | Southern Bancorp | $460,000.00 | | | $4,600,000.00 |
| F | Stratus Video, LLC | $191.18 | | | $191.18 |
| F | Tacy Medical, Inc. | $220.00 | | | $220.00 |
| F | Takeda Pharmaceuticals | $1,966.08 | | | $1,966.08 |
| F | The Alliance Pharmacy | $1,067,655.70 | | | $1,067,655.70 |
| | United Healthcare Insurnace Company | | 8 | $1,681.25 | $1,681.25 |
| | University of Mississippi Medical Center | | 9 | $28,323,336.00 | $28,323,336.00 |
| F | Vizient, Inc. | $8,807.00 | | | $8,807.00 |
| F | Waystar | $123.77 | | | $123.77 |
| | Wells Fargo Vendor Financel, LLC | | 7 | $7,299.68 | $7,299.68 |
| F | Kentwood Springs | $8.16 | | | $8.16 |
| F | LAMAR Companies | $2,000.00 | | | $2,000.00 |
| F | Pioneer RX | $2,152.65 | | | $2,152.65 |
| | | | | | |
| | | | | | |
| | **TOTAL** | | | | **$35,185,657.31** |
| | | | | | |
| * | Records indicate this claim was either paid during the case or otherwise satisfied and no longer owed. | | | | |