United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-00962-JAW
Mississippi Center for Advanced Medicine Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Sep 16, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mississippi Center for Advanced Medicine, P.C., c/o Heller Draper & Horn, LLC, Greta M. Brouphy, Liquidation Trustee, 650 Poydras St. Ste. 2500, New Orleans, LA 70130-6175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Lee Smith | on behalf of Creditor Mississippi Baptist Medical Center Inc. asmith@bakerdonelson.com |
| Burton S Weston | on behalf of Creditor The Alliance Pharmacy bweston@garfunkelwild.com |
| Christopher H Meredith | on behalf of Creditor BankPlus cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Christopher R. Maddux | on behalf of Creditor The University of Mississippi Medical Center chris.maddux@butlersnow.com vj.barham@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com |

| | |
|---|---|
| Craig M. Geno | on behalf of Defendant Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com |
| Craig M. Geno | on behalf of Debtor Mississippi Center for Advanced Medicine P.C. cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com,amolpus@cmgenolaw.com |
| Douglas C. Noble | on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates dnoble@mmqnlaw.com, hbreland@mmqnlaw.com |
| Douglas C. Noble | on behalf of Creditor McKesson Corporation dnoble@mmqnlaw.com hbreland@mmqnlaw.com |
| Douglas Scott Draper | on behalf of Liquidator Greta Brouphy ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Douglas Scott Draper | on behalf of Liquidator Greta Manning Brouphy ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Douglas Scott Draper | on behalf of Trustee Greta Manning Brouphy ddraper@lawla.com dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Douglas Scott Draper | on behalf of Plaintiff Mississippi Center for Advanced Medicine P.C. ddraper@lawla.com, dhepting@hellerdraper.com;vgamble@hellerdraper.com |
| Eileen N. Shaffer | on behalf of Defendant Spencer K. Sullivan M.D. eshaffer@eshaffer-law.com |
| Elizabeth Charlene Priester | on behalf of Special Counsel Priester Law Firm PLLC ecpriester@priesterlawfirm.com, mpriester@priesterlawfirm.com |
| Eric Todd Presnell | on behalf of Debtor Mississippi Center for Advanced Medicine P.C. tpresnell@bradley.com, rboswell@bradley.com |
| Greta Manning Brouphy | gbrouphy@lawla.com LA55@ecfcbis.com |
| Greta Manning Brouphy | on behalf of Trustee Greta Manning Brouphy gbrouphy@lawla.com LA55@ecfcbis.com |
| Greta Manning Brouphy | on behalf of Liquidator Greta Brouphy gbrouphy@lawla.com LA55@ecfcbis.com |
| J. Walter Newman, IV | on behalf of Creditor Positudes Inc. d/b/a The Alliance Pharmacy wnewman95@msn.com, stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| J. Walter Newman, IV | on behalf of Creditor The Alliance Pharmacy wnewman95@msn.com stacyplovorn@icloud.com;Newman.WalterB141373@notify.bestcase.com |
| James E. Bailey, III | on behalf of Creditor The University of Mississippi Medical Center jeb.bailey@butlersnow.com |
| James E. Bailey, III | on behalf of Plaintiff University of Mississippi Medical Center jeb.bailey@butlersnow.com |
| Jeff D. Rawlings | on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Jeffrey Garfinkle | on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey K. Garfinkle | on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates , dcyrankowski@buchalter.com;docket@buchalter.com |
| John S. Simpson | on behalf of Creditor Hemophilia of Georgia Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Khaled Tarazi | on behalf of Creditor McKesson Corporation ktarazi@buchalter.com |

| | |
|---|---|
| Khaled Tarazi | on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates ktarazi@buchalter.com |
| Melvin Priester, Jr | on behalf of Debtor Mississippi Center for Advanced Medicine P.C. mpriester@priesterlawfirm.com |
| Nathan Simpson | on behalf of Creditor Hemophilia of Georgia Inc. rboone@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Robert V Greenlee | on behalf of Plaintiff University of Mississippi Medical Center robert.greenlee@butlersnow.com ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com |
| Robert V Greenlee | on behalf of Creditor The University of Mississippi Medical Center robert.greenlee@butlersnow.com ecf.notices@butlersnow.com;cindy.grantham@butlersnow.com |
| Sean R. Guy | on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates sguy@mmqlaw.com, hbreland@mmqnlaw.com |
| Sheldon G. Alston | on behalf of Special Counsel Brunini Grantham, Grower & Hewes, PLLC salston@brunini.com, jdorsey@brunini.com |
| Thomas Carl Rollins, Jr | on behalf of Trustee Greta Manning Brouphy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas M Hewitt | on behalf of Plaintiff University of Mississippi Medical Center thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com |
| Thomas M Hewitt | on behalf of Creditor The University of Mississippi Medical Center thomas.hewitt@butlersnow.com ecf.notices@butlersnow.com,cindy.grantham@butlersnow.com |
| Thomas R. Hudson | on behalf of Creditor BankPlus tomhudson@bankplus.net bankruptcyteam@bankplus.net |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 42

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-00962-JAW** |
| **MISSISSIPPI CENTER FOR** | § | |
| **ADVANCED MEDICINE, P.C.,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SubChapter V** |

**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND THE TERM OF THE MCAM LIQUIDATION TRUST** (Dkt. #1041)

THIS MATTER came before the Court upon the *Trustee's Motion to Extend the Term of the MCAM Liquidation Trust* (the "***Motion***") filed by Greta M. Brouphy, in her capacity as Liquidating Trustee (the "***Trustee***") of the MCAM Liquidation Trust (the "***Trust***"). The Court, having reviewed the Motion and the record in this case, having determined that notice was proper and sufficient, and finding that the relief requested is in the best interests of the Trust and its beneficiaries and is authorized under the *Amended Subchapter V Plan of Liquidation* (the "***Plan***"), the Bankruptcy Code, and applicable law, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The term of the MCAM Liquidation Trust is extended through and including January 1, 2029, without prejudice to seeking a further extension, if necessary, no later than three (3) months prior to the expiration of the extended term.

3. The Trustee is authorized to execute and deliver any documents and take any actions reasonably necessary to implement and effectuate the terms of this Order.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, enforcement, or administration of this Order and the relief granted herein.

### END OF ORDER ###